| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Proposed Attorneys for Debtors<br>Michael E. Holt<br>mholt@formanlaw.com | |
| In Re:<br><br>Supor Properties Enterprises, LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No.:  24-13427 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |
| In Re:<br><br>J Supor 136-1 Realty LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No.:  24-13428 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |
| In Re:<br><br>Supor-172 Realty LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No.:  24-13429 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |
| In Re:<br><br>Supor Properties Breiderhoft LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No.:  24-13430 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |

{F0214621 - 1}

| | |
|---|---|
| In Re:<br><br>Supor Properties Devon LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.:  24-13431 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |
| In Re:<br><br>Shore Properties Associates North LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.:  24-13432 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |
| In Re:<br><br>Supor Properties 600 Urban Renewal, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.:  24-13433 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |
| In Re:<br><br>JS Realty Properties, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.:  24-13434 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |
| In Re:<br><br>Supor Properties Harrison Avenue LLC<br><br>Debtor. | Chapter 11<br><br>Case No.:  24-13435 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES**

The relief set forth on the following pages is hereby **ORDERED**.

{F0214621 - 1}

Debtor: Supor Properties Enterprises LLC, *et al.*
Case No.: 24-13427 (SLM)
Caption: Order Directing Joint Administration of Cases

Upon consideration of the Motion for an Order Directing Joint Administration of Related Chapter 11 Cases and the Declaration of Joseph A. Supor III filed on behalf of the debtors and debtors-in-possession in the captioned chapter 11 cases, and pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, and for good cause shown it is hereby ordered that:

1. The Motion is GRANTED, as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 24-13427 (SLM) in accordance with the provisions of Bankruptcy Rule 1015(b) and Local Rule 1015-1.

3. Nothing contained in the Motion, or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4. The captioned of pleadings and other documents filed in the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Chapter 11 |
| Supor Properties Enterprises, LLC, *et al.*,[1] | Case No.: 24-13427 (SLM) |
| Debtors. | Judge: Hon. Stacey L. Meisel |
| | (Jointly Administered) |

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

{F0214621 - 1}

Case 24-13427-SLM    Doc 3-1    Filed 04/03/24    Entered 04/03/24 15:35:19    Desc
Proposed Order    Page 4 of 4

Page 4
Debtor: Supor Properties Enterprises LLC, *et al.*
Case No.: 24-13427 (SLM)
Caption: Order Directing Joint Administration of Cases

5. The caption set forth above shall be deemed to satisfy any applicable requirements of Bankruptcy Code Section 342(c) and Bankruptcy Rule 2002(n).

6. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Supor Properties Enterprises, LLC, Case No. 24-13427 (SLM) (the "Lead Case").

7. All lists, schedules, and statements shall be filed and docketed in the specific Debtor's case to which they are applicable.

8. A docket entry shall be made in the case of each Debtor substantially as follows:

> The Bankruptcy Court has entered an Order in accordance with Federal Rule of Bankruptcy Procedure 1015(b), for procedural purposes, that provides for joint administration of the chapter 11 cases of Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, Supor-172 Realty LLC, Supor Properties Breiderhoft LLC, Supor Properties Devon LLC, Shore Properties Associates North LLC, Supor Properties 600 Urban Renewal, LLC, JS Realty Properties, LLC and Supor Properties Harrison Avenue LLC. The docket in Case No. 24-13427 (SLM) should be consulted for all matters affecting this case.

9. The Debtors shall file individual monthly operating reports for each Debtor and such reports shall be docketed in the Lead Case. This Order shall be filed in each of the above listed cases.

10. Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

11. A true copy of this Order shall be served on all required parties pursuant to Local Rule 9013-5(f).

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

{F0214621 - 1}