UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Forman Holt
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201)845-1000
Facsimile: (201)655-6650
Michael E. Holt
mholt@formanlaw.com
*Proposed Counsel for the Debtors*

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
William Waldman, Esq. (WLW-1452)
Daniel.Eliades@klgates.com
David.Catuogno@klgates.com
William.Waldman@klgates.com
*Proposed Special Counsel for the Debtors*

| | |
|---|---|
| In re:<br><br>Supor Properties Enterprises LLC, *et al.,*[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-13427 (SLM)<br><br>(Joint Administration Requested)<br><br>Judge: Stacey L. Meisel<br><br>Hearing Date: |

**APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

{F0214797 - 1}

On April 2, 2024, the debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code. Counsel for the Debtor requests that the following relief be provided on a first day basis (check those that apply):

1. ☒ Motion Seeking the Joint Administration of Multiple Debtor Bankruptcy Cases.

2. ☐ Motion for an Order Authorizing the Debtor an Extension of Time Within Which to File Statements and Schedules.

3. ☒ Motion for an Order Authorizing the Emergency or Interim Use of Cash Collateral or Debtor-In-Possession Financing Pending the Noticing and Scheduling of an Interim or Final Hearing for Financing Pursuant to Bankruptcy Code §§ 363 and 364 and Fed. R. Bankr. P. 4001.

4. ☐ Motion for an Order Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Cash Management Procedures Providing the United States Trustee's Office with a 60 Day Period to Object to Said Order Before it Becomes a Final Order.

5. ☐ Motion for an Order Authorizing a Debtor to Modify the Investment Guidelines Set Forth in Bankruptcy Code § 345 on an Interim Basis, Providing the United States Trustee's Office and Any Other Parties-In-Interest a 60-Day Period to Object to Said Order Before it Become A Final Order.

6. ☐ Motion for an Order Authorizing the Debtor to Pay Prepetition Wages, Salaries, Compensation, Employee Benefits and Reimbursable Business Expenses Up To the Limits Set Forth in Bankruptcy Code § 507(A).

7. ☐ Motion for an Order Authorizing the Debtor to Pay Prepetition Sales, Use, Payroll And Other Taxes That Are Otherwise Priority Claims Under Bankruptcy Code § 507.

8. ☐ Motion for an Order Authorizing the Debtor to Continue Credit Card Facilities.

9. ☐ Motion for an Order Authorizing the Debtor to Honor Certain Pre-Petition Customer Obligations, Deposits, Rebates, Etc.

10. ☐ Motion for an Order Authorizing the Debtor to Continue With and Pay Pre-Petition Outstanding Amounts Due on Various Insurance Policies.

11. ☐ Motion for an Order Authorizing Payment of Outstanding and Unpaid Pre-Petition Debt to Certain Vendors Who Provide Critical and Necessary Services and/or Products to the Debtor.

12. ☒ Motion for an Order Pursuant to Bankruptcy Code § 366 Regarding Adequate Assurance for the Future Performance for Utilities and Establishing Procedures for Determining Requests for Additional Adequate Assurance.

13. ☐ Motion for an Order Authorizing the Debtor to Retain a Claims and Noticing Agent.

14. ☐ Motion for an Order Establishing Noticing Procedures.

15. ☐ Others:

Date: April 3, 2024  /s/ Michael E. Holt
Michael E. Holt

{F0214797 - 1}