UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Forman Holt
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Charles M. Forman, Esq. (CMF-8937)
Michael E. Holt, Esq. (MEH-8735)
*Proposed Counsel for the Debtors*

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
William Waldman, Esq. (WLW-1452)
Caitlin C. Conklin, Esq. (CCC-5117)
*Proposed Special Counsel for the Debtors*

In re:

Supor Properties Enterprises LLC, *et al.*[1],

                          Debtors.

Case No. 24-13427 (SLM)
Judge: Stacey L. Meisel
Chapter 11

(Joint Administration Requested)

**CERTIFICATION OF SERVICE**

1.    I, Pavneet Kaur:

☐ represent the _____ in the above-captioned matter.

☒ am the legal assistant/paralegal for K&L Gates LLP, who is proposed special counsel to the Debtors in the above captioned matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

F0214910 - 1

☐ am the _____ in the above case and am representing myself.

2. On April 5, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Joint Application of Debtors Pursuant to 11 U.S.C § 327(e), Fed. R. BankR. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of K&L Gates LLP as Special Counsel

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  April 5, 2024                         /s/ Pavneet Kaur
                                              Pavneet Kaur

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center Ste 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | US Trustee – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 1000 Frank E. Rodgers 1 LLC<br>Attn:  Brian Schatz<br>520 Madison Avenue, Suite 3501<br>New York, NY 10022 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank E. Rodgers 2 LLC<br>Attn:  Brian Schatz<br>520 Madison Avenue, Suite 3501<br>New York NY 10022 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerold C. Feuerstein, Esq.<br>Daniel Zinman, Esq.<br>Kriss & Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York, NY 10017<br>jfeuerstein@kandfllp.com | Attorneys for 1000 Frank E. Rodgers 1 LLC & Frank E. Rodgers 2 LLC – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Town of Harrison<br>318 Harrison Avenue<br>Harrison, NJ 07029 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harrison Redevelopment Agency<br>Attn:  Paul Zarbetski<br>318 Harrison Avenue<br>Harrison, NJ 07029<br>pzarbetski@townofharrison.com | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harrison Redevelopment Agency<br>c/o James Bruno<br>Castano Quigley Cherami LLP<br>7 Giralda Farms, Suite 110<br>Madison, NJ 07940<br>jbruno@cqclaw.com | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name & Address | Role | Method of Service |
|---|---|---|
| Town of Kearny<br>402 Kearny Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Township of Brick<br>401 Chambers Bridge Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brick Township M.U.A.<br>1551 Highway 88 West<br>Brick, NJ 08724-2399 | Creditor/Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PSEG<br>80 Park Place<br>Newark, NJ 07102 | Creditor/Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon<br>500 Technology Drive, Suite 550<br>Weldon Spring, MO 63304 | Creditor/Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spinner Tech<br>311 W. 43rd Street, 10th Floor<br>New York, NY 10036 | Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Munidex<br>11-43 Raymond Plaza West<br>One Gateway Center<br>Suite 2600<br>Newark, NJ 07102 | Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Veolia Water Contract Operations USA Inc.<br>69 DeVoe Place<br>Hackensack, NJ 07601 | Creditor/Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| New Jersey Department of Environmental Protection<br>Mail Code 401-04N<br>401 East State Street<br>Trenton, NJ 08625-0420 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City Fire Equipment<br>733 Ridgedale Avenue<br>East Hanover, NJ 07936 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M& J Comprelli LLC<br>63 Tiffany Drive<br>East Hanover, NJ 07936 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Railworks Track Services<br>600 Meadowlands Parkway<br> Suite 265<br>Secaucus, NJ 07094 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| I.B. Abel Inc.<br>2745 Black Bridge Road<br>York, PA 17406 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stalwart Productions LLC<br>2425 Olympic Boulevard<br>Santa Monica CA 90404 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Riggs Distler & Company, Inc<br>4 Easterbrook Lane<br>Cherry Hill, NJ 08003 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Montana Construction Corp. Inc.<br>201 Devon Terrace<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Crown Castle Towers 09, LLC<br>1220 Augusta Drive #600<br>Houston, TX 77057 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cool Concessions LLC<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Newlin Construction LLC<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| R. Kremer & Son Marine Contractors LLC<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Sonta<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Biancella Enterprises Inc.<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dan Nuse Inc.<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WFD Inc.<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0214910 - 1                                   6

| | | |
|---|---|---|
| Ideanomics Inc.<br>1441 Broadway, Suite 5166<br>New York, NY 10018 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Machinery Values, Inc.<br>500 Supor Boulevard<br>Harrison, NJ 07029 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Skanska Traylor PNB Joint Venture<br>75-20 Astoria Boulevard<br>Suite 200<br>East Elmhurst, NY 11370 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dominate Food Service II, L.L.C.<br>1600 Route 22, Suite 100<br>Union, NJ 07083 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19101-7346 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Securities & Exchange Commission<br>New York Regional Office<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004-2616 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| New Jersey Attorney General Division of Law Richard J. Hughes Justice Complex 25 Market Street P.O. Box 112 Trenton, NJ 08625-0112 | Notice Party | ☐ Hand-delivered ☐ Regular Mail ☐ Certified mail/RR ☒ Other  FedEx Overnight (As authorized by the Court or by rule. Cite the rule if applicable.) |

F0214910 - 1

8