| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Forman Holt<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201)845-1000<br>Facsimile:  (201)655-6650<br>Michael E. Holt<br>mholt@formanlaw.com<br>*Proposed Counsel for the Debtors*<br><br>K&L Gates LLP<br>One Newark Center<br>1085 Raymond Boulevard, 10th Floor<br>Newark, NJ 07102<br>Telephone: (973) 848-4000<br>Facsimile:  (973) 848-4001<br>Daniel M. Eliades, Esq. (DME-6203)<br>David S. Catuogno, Esq (DSC-1397)<br>William Waldman, Esq. (WLW-1452)<br>Daniel.Eliades@klgates.com<br>David.Catuogno@klgates.com<br>William.Waldman@klgates.com<br>*Proposed Special Counsel for the Debtors* | |
| In re:<br><br>Supor Properties Enterprises LLC, *et al.,*[1]<br><br>                                 Debtors. | Chapter 11<br><br>Case No. 24-13427 (SLM)<br><br>(Jointly Administered)<br><br>Judge: Stacey L. Meisel |

## NOTICE OF DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CBRE, INC. AS REAL ESTATE BROKER

**PLEASE TAKE NOTICE** that on a date to be determined, the above captioned Debtors, through their attorneys, Forman Holt, will move before the Honorable Stacey L. Meisel, United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

F0215002 - 1

States Bankruptcy Judge, United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3A, Newark, New Jersey 07102, for the entry of an Order pursuant to Section 327 of title 11 of the United States Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey authorizing and approving the employment of CBRE, Inc. as real estate broker for Debtors and for such additional relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, the Debtors shall rely upon the Debtors' Motion and Declaration of Jeff Hipschman submitted herewith. A Proposed Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2(a)(2)(i), responsive pleadings, if any, must be filed in accordance with the Order Shortening Time served herewith.

**PLEASE TAKE FURTHER NOTICE** that the Debtors request oral argument on the Motion.

                                             **FORMAN HOLT**
                                             Proposed Attorneys for Debtors

                                        By:    */s/Michael E. Holt*
                                                   Michael E. Holt

Dated: April 5, 2024