# EXHIBIT B

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Forman Holt<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201)845-1000<br>Facsimile: (201)655-6650<br>Michael E. Holt<br>mholt@formanlaw.com<br>*Proposed Counsel for the Debtors*<br><br>K&L Gates LLP<br>One Newark Center<br>1085 Raymond Boulevard, 10th Floor<br>Newark, NJ 07102<br>Telephone: (973) 848-4000<br>Facsimile: (973) 848-4001<br>Daniel M. Eliades, Esq. (DME-6203)<br>David S. Catuogno, Esq (DSC-1397)<br>William Waldman, Esq. (WLW-1452)<br>Daniel.Eliades@klgates.com<br>David.Catuogno@klgates.com<br>William.Waldman@klgates.com<br>*Proposed Special Counsel for the Debtors* | |
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-13427 (SLM)<br><br>(Joint Administration Requested)<br><br>Judge: Stacey L. Meisel |

**ORDER AUTHORIZING RETENTION OF CBRE, INC. AS REAL ESTATE BROKER**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

F0214994 - 1

Page 2
In re:       Supor Properties Enterprises LLC, et al
Case No.:    24-13427 (SLM)
Caption:     Order Authorizing Retention of CBRE, Inc. as Real Estate Broker

Upon Debtors' Moton for authorization to retain CBRE, Inc. as real estate broker, it is hereby ORDERED:

1. The applicants are authorized to retain the above party in the professional capacity noted. The professional's address is:   250 Pehle Avenue, Suite 600

    Saddle Brook, NJ 07663

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s) consistent with D.N.J. LBR 2016-1(d).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the court.

F0214994 - 1