UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Forman Holt
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201)845-1000
Facsimile:  (201)655-6650
Michael E. Holt
mholt@formanlaw.com
*Proposed Counsel for the Debtors*

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile:  (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
William Waldman, Esq. (WLW-1452)
Daniel.Eliades@klgates.com
David.Catuogno@klgates.com
William.Waldman@klgates.com
*Proposed Special Counsel for the Debtors*

| | |
|---|---|
| In re: | Chapter 11 |
| Supor Properties Enterprises LLC, *et al.,*[1] | Case No. 24-13427 (SLM) |
| Debtors. | (Jointly Administered) |
| | Judge: Stacey L. Meisel |

## APPLICATION FOR ORDER SHORTENING TIME

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

The applicant, Michael E. Holt, a member of Forman Holt, proposed attorneys for the above captioned Debtors, requests that the time period for the for the Debtors' Motion for an Order Authorizing the Employment and Retention of CBRE, Inc. as Real Estate Broker for the reason(s) set forth below:

1.      The Debtors are filing a motion to approve bidding and sale procedures for the Debtors real properties with the consent of the Debtors' Lenders consistent with the Restructuring Support Agreement ("RSA") attached as Exhibit A to the Declaration of Joseph A. Supor III submitted in support of the Debtors' First Day Motions [Doc. No. 7].   The implementation of the marketing and sale process is central to the RSA and the retention of CBRE, Inc. as real estate broker is critical to that process.

2.      The Debtor requests that the court schedule a hearing for the earliest possible date that is convenient for the Court, but no later than April 15, 2024.

3.      Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

WHEREFORE, the applicant requests entry of the proposed order shortening time.


Dated: April 5, 2024                          Respectfully submitted,

                                              FORMAN HOLT
                                              Proposed Attorneys for Debtors


                                              By: /s/  Michael E. Holt
                                                  Michael E. Holt