UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Forman Holt
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201)845-1000
Facsimile:  (201)655-6650
Michael E. Holt
mholt@formanlaw.com
*Proposed Counsel for the Debtors*

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile:  (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
William Waldman, Esq. (WLW-1452)
Daniel.Eliades@klgates.com
David.Catuogno@klgates.com
William.Waldman@klgates.com
*Proposed Special Counsel for the Debtors*

**Order Filed on April 5, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| Supor Properties Enterprises LLC, *et al.,*[1] | Case No. 24-13427 (SLM) |
| Debtors. | (Joint Administration Requested) |
| | Judge: Stacey L. Meisel |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: April 5, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

After review of the application of Michael E. Holt, a member of Forman Holt, proposed attorneys for the above captioned Debtors, for the reduction of time for a hearing on the Debtors' Motion for an Order Authorizing the Employment and Retention of CBRE, Inc. as Real Estate Broker, it is

ORDERED as follows:

1.    A hearing will be conducted on the matters on **__April 15, 2024__** at 10:00 a.m. in the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Courtroom No. 3A.

2.    The Applicant must serve a copy of this Order, and all related documents, on the following parties: (a) the Office of the United States Trustee for the District of New Jersey; (b) the Debtors' 30 largest unsecured creditors (on a consolidated basis); (c) counsel to 1000 Frank E Rodgers 1, LLC and Frank E. Rodgers 2, LLC; (d) the United States Attorneys' Office for the District of New Jersey; (e) the Internal Revenue Services; (f) the U.S. Securities and Exchange Commission; (g) the Office of the Attorney General for the State of New Jersey; and (h) any party that has requested notice pursuant to Bankruptcy Rule 2002.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail,  ☐ email, ☒ hand delivery.

3.    The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4.        Service must be made:   **by Monday,April 8, 2024.**

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5.        Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6.        A *Certification of Service* must be filed prior to the hearing date.

7.        Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic

or overnight mail_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.        ☐ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

**9.      Appearances required.**