| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Proposed Attorneys for Debtors<br>Michael E. Holt<br>mholt@formanlaw.com | |
| In Re:<br><br>Supor Properties Enterprises LLC, *et al.,*[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 24-13427 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>(Jointly Administered)<br><br>Hearing Date: May 7, 2024<br>Hearing Time: 11:00 a.m. |

# ORDER AUTHORIZING DEBTOR TO ASSUME
# RESTRUCTURING SUPPORT AGREEMENT

The relief set forth on the following page numbered two is hereby **ORDERED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises LLC (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

{F0215564 - 1}

Debtor:  Supor Properties Enterprises LLC, *et al.*
Case No.: 24-13427 (SLM)
Caption: Order Authorizing Debtor to Assume Restructuring Support Agreement

THIS MATTER, having been brought before the Court upon the motion ("Motion") of Supor Properties Enterprises LLC, *et al.*, the debtors and debtors-in-possession herein (collectively, the "Debtors"), through their proposed attorneys, Forman Holt, for the entry of an order authorizing the Debtors to assume Restructuring Support Agreement; and it appearing that the relief requested is in the best interest of the Debtors' estates;  and for good cause shown it is hereby ordered that:

1. The Motion is GRANTED, as set forth herein.

2. The Restructuring Support Agreement attached as Exhibit A to the Declaration of Joseph A. Supor III in support of the Motion is assumed by the Debtors under 11 U.S.C. § 365(a).

{F0215564 - 1}