**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
(973) 622-1800
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Harrison Redevelopment Agency and Town of Harrison*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 24-13427 (SLM) |
| SUPOR PROPERTIES ENTERPRISES LLC, *et al.*, | Chapter 11 (Jointly Administered) |
| Debtors. | Honorable Stacey L. Meisel |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Harrison Redevelopment Agency and the Town of Harrison. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Sari B. Placona, Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
973-622-1800 (phone)
Email: splacona@msbnj.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

*/s/ Sari B. Placona*
Sari B. Placona

Dated: April 22, 2024

4892-3663-4552, v. 1