| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Forman Holt<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 857-7110<br>Facsimile: (201) 665-6650<br>Charles M. Forman, Esq. (CMF-8937)<br>Michael E. Holt, Esq. (MEH-8735)<br>*Proposed Counsel for the Debtors*<br><br>K&L Gates LLP<br>One Newark Center<br>1085 Raymond Boulevard, 10th Floor<br>Newark, NJ 07102<br>Telephone: (973) 848-4000<br>Facsimile: (973) 848-4001<br>Daniel M. Eliades, Esq. (DME-6203)<br>David S. Catuogno, Esq (DSC-1397)<br>William Waldman, Esq. (WLW-1452)<br>Caitlin C. Conklin, Esq. (CCC-5117)<br>*Proposed Special Counsel for the Debtors* | |
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*[1],<br><br>       Debtors. | Case No. 24-13427 (SLM)<br>Judge: Stacey L. Meisel<br>Chapter 11<br><br>(Jointly Administered) |

**CERTIFICATION OF SERVICE**

1.  I, Jocelyn Rodriguez :

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the legal assistant/paralegal for K&L Gates LLP, who is proposed special counsel to the Debtors in the above captioned matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

F0214910 - 1

☐ am the _____ in the above case and am representing myself.

2. On April 22, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice
- Notice of Debtors' Motion for Entry of an Order (I)(A) Approving Auction and Bidding Procedures, (B) Scheduling Bid Deadlines and an Auction, and (C) Approving the Form and Manner of Notice Thereof, and (II)(A) Authorizing the Sale of Assets and (B) Granting Related Relief and Brief in Support Thereof.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 22, 2024        /s/ Jocelyn Rodriguez
                             Jocelyn Rodriguez

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center Ste 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | US Trustee – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight & Telephone Call<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 1000 Frank E. Rodgers 1 LLC<br>Attn: Brian Schatz<br>520 Madison Avenue, Suite 3501<br>New York, NY 10022 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank E. Rodgers 2 LLC<br>Attn: Brian Schatz<br>520 Madison Avenue, Suite 3501<br>New York NY 10022 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerold C. Feuerstein, Esq.<br>Daniel Zinman, Esq.<br>Kriss & Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York, NY 10017<br>jfeuerstein@kandfllp.com | Attorneys for 1000 Frank E. Rodgers 1 LLC & Frank E. Rodgers 2 LLC – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Town of Harrison<br>318 Harrison Avenue<br>Harrison, NJ 07029 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harrison Redevelopment Agency<br>Attn: Paul Zarbetski<br>318 Harrison Avenue<br>Harrison, NJ 07029<br>pzarbetski@townofharrison.com | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harrison Redevelopment Agency<br>c/o James Bruno<br>Castano Quigley Cherami LLP<br>7 Giralda Farms, Suite 110<br>Madison, NJ 07940<br>jbruno@cqclaw.com | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other   FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0214910 - 1                                             3

| | | |
|---|---|---|
| Town of Kearny<br>402 Kearny Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Township of Brick<br>401 Chambers Bridge Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brick Township M.U.A.<br>1551 Highway 88 West<br>Brick, NJ 08724-2399 | Creditor/Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PSEG<br>80 Park Place<br>Newark, NJ 07102 | Creditor/Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon<br>500 Technology Drive, Suite 550<br>Weldon Spring, MO 63304 | Creditor/Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spinner Tech<br>311 W. 43rd Street, 10th Floor<br>New York, NY 10036 | Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Munidex<br>11-43 Raymond Plaza West<br>One Gateway Center<br>Suite 2600<br>Newark, NJ 07102 | Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Veolia Water Contract Operations USA Inc.<br>69 DeVoe Place<br>Hackensack, NJ 07601 | Creditor/Utility Provider | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| New Jersey Department of Environmental Protection<br>Mail Code 401-04N<br>401 East State Street<br>Trenton, NJ 08625-0420 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City Fire Equipment<br>733 Ridgedale Avenue<br>East Hanover, NJ 07936 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M& J Comprelli LLC<br>63 Tiffany Drive<br>East Hanover, NJ 07936 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Railworks Track Services<br>600 Meadowlands Parkway<br> Suite 265<br>Secaucus, NJ 07094 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| I.B. Abel Inc.<br>2745 Black Bridge Road<br>York, PA 17406 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stalwart Productions LLC<br>2425 Olympic Boulevard<br>Santa Monica CA 90404 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Riggs Distler & Company, Inc<br>4 Easterbrook Lane<br>Cherry Hill, NJ 08003 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Montana Construction Corp. Inc.<br>201 Devon Terrace<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Crown Castle Towers 09, LLC<br>1220 Augusta Drive #600<br>Houston, TX 77057 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cool Concessions LLC<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Newlin Construction LLC<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| R. Kremer & Son Marine Contractors LLC<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Sonta<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Biancella Enterprises Inc.<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dan Nuse Inc.<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WFD Inc.<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address | Role | Method of Service |
|---|---|---|
| Ideanomics Inc.<br>1441 Broadway, Suite 5166<br>New York, NY 10018 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Machinery Values, Inc.<br>500 Supor Boulevard<br>Harrison, NJ 07029 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Skanska Traylor PNB Joint Venture<br>75-20 Astoria Boulevard<br>Suite 200<br>East Elmhurst, NY 11370 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dominate Food Service II, L.L.C.<br>1600 Route 22, Suite 100<br>Union, NJ 07083 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19101-7346 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Securities & Exchange Commission<br>New York Regional Office<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004-2616 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| New Jersey Attorney General Division of Law Richard J. Hughes Justice Complex 25 Market Street P.O. Box 112 Trenton, NJ 08625-0112 | Notice Party | ☐ Hand-delivered ☐ Regular Mail ☐ Certified mail/RR ☒ Other  FedEx Overnight (As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey Division of Taxation Bankruptcy Unit 3 John Fitch Way, 5th Floor PO Box 245 Trenton, NJ 08695-0245 | Notice Party | ☐ Hand-delivered ☐ Regular Mail ☐ Certified mail/RR ☒ Other  FedEx Overnight (As authorized by the Court or by rule. Cite the rule if applicable.) |
| CBRE, Inc. 250 Pehle Avenue, Suite 600 Saddle Brook, NJ 07663 | Professional of the Debtor | ☐ Hand-delivered ☐ Regular Mail ☐ Certified mail/RR ☒ Other  FedEx Overnight (As authorized by the Court or by rule. Cite the rule if applicable.) |