| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Proposed Attorneys for Debtors<br>Michael E. Holt<br>mholt@formanlaw.com |

| | |
|---|---|
| In Re:<br><br>Supor Properties Enterprises LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 24-13427 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>(Jointly Administered) |

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicants, Supor Properties Enterprises, LLC. J Supor 136-1 Realty LLC, Supor-172 Realty LLC, Supor Properties Breiderhoft LLC, Supor Properties Devon LLC, Shore Properties Associates North LLC, Supor Properties 600 Urban Renewal, LLC, JS Realty Properties, LLC and Supor Properties Harrison Avenue LLC (the "Applicants"), are the

☐ Trustee: ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13

☒ Debtors: ☒ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

2. The Applicants seek to retain the following professional, Sean Raquet CPA, LLC, to serve as:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises LLC (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

{F0214948 - 1}

☐    Attorney for:    ☐    Trustee    ☐    Debtor-in-Possession

☐    Official Committee of _____

☒    Accountant for:    ☐    Trustee    ☒    Debtors-in-Possession

☐    Official Committee of _____

☐    Other Professional:

☐    Realtor    ☐    Appraiser    ☐    Special Counsel

☐    Auctioneer    ☐    Other (specify)

3.    The employment of Sean Raquet CPA, LLC is necessary because certain professional accounting services will be required in connection with the Debtors' wind down of its affairs, including the filing of tax returns.

4.    Sean Raquet CPA, LLC has been selected because of its experience in performing the requisite accounting services on behalf of the estate and because it is well qualified to assist me in the matters for which it is to be employed.

5.    The professional services to be rendered are as follows:

    a.    Perform ongoing monthly bookkeeping tasks;
    b.    Perform monthly reconciliations for all accounts;
    c.    Maintain and update expense allocation, depreciation, and other schedules on an as-needed basis;
    d.    Prepare and file federal and state tax returns, if needed;
    e.    Prepare monthly financial and operating reports; and
    f.    Consultation on an as needed basis.

6.    The proposed arrangement for compensation is as follows: Sean Raquet CPA, LLC shall bill the estate at its normal hourly rates as set forth in the Certification of Sean Raquet submitted herewith.

7.    Prior to the Petition Date, Applicants retained Sean Raquet CPA, LLC to provide pre-bankruptcy services. On March 29, 2024, Sean Raquet CPA, LLC received an $18,000 retainer from Applicant, Supor Properties Enterprises, LLC for said services. Sean Raquet CPA, LLC

invoiced the Applicants an amount of $6,412.50. The reaming balance, $11,587.50, will be applied to Sean Raquet CP, LLC's final fee application in these bankruptcy cases.

7. To the best of the applicants' knowledge, the professional's connection with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, is as follows:

☐ None

☒ Describe connections: (i) Sean Raquet CPA, LLC performed pre-petition services for Applicants as stated above. Sean Raquet CPA, LLC performed services for Applicants' proposed bankruptcy counsel and their proposed special counsel, in other matters completely unrelated to this matter, and (ii) Sean Raquet, the sole member of Sean Raquet CPA, LLC, serves as an officer of a charitable organization known as the New Jersey Bankruptcy Lawyers Foundation for which Charles M. Forman, the managing member of Forman Holt, in his individual capacity, also in an officer.

8. To the best of the applicants' knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☐ does not represent or hold any interest adverse to the Debtors or the estate with respect to the matter for which he/she will be retained under 11. U.S.C. § 327(e).

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

WHEREFORE, Applicants respectfully request authorization to employ Sean Raquet CPA, LLC to render services in accordance with this application, effective as of the Petition

Date, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

                                                  SUPOR PROPERTIES ENTERPRISES LLC, *et al.*
                                                  Debtors and Debtors-in-Possession

Dated: April 23, 2024                           By: */s/ Joseph Supor III*
                                                        Joseph Supor III
                                                        Authorized Member