UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Compliance with D.N.J. LBR 9004-l(B)**
Forman Holt
365 W Passaic Street
Rochelle Park, NJ 07662
Telephone: 201-857-7110
Facsimile: 201-665-6650
Charles M. Forman, Esq. (CMF-8937)
Michael Holt, Esq. (MEH-8735)
Proposed Counsel for Chapter 11
Debtor-in-Possession

| | |
|---|---|
| In Re: | Case No.: 24-13427 (SLM) |
| Supor Properties Enterprises LLC, et al.[1] | Judge: Hon. Stacey L. Meisel<br>Chapter 11 |
| Debtors-in-Possession | *Jointly Administered* |

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
JOINT APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Sean Raquet, being of full age, certify as follows:

1. I am seeking authorization to be retained as accountant to the Debtors-in-Possession.

2. My professional credentials include: I am a Certified Public Accountant. Sean Raquet, CPA, LLC has the appropriate accounting skills and personnel necessary to perform the services required by the Estates. I have worked with Debtors-in-Possession and have extensive experience and expertise in performing these services.

3. I am a member of or associated with the firm of: Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

    Sean Raquet, CPA, LLC's normal hourly billing rates are as follows:

    Partners: $375.00

    Paraprofessionals: $125.00

    Sean Raquet, CPA, LLC reserves the right to periodically increase its billing rates and seek reimbursement of ordinary and necessary out-of-pocket expenses.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Suporl 72 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

{F0216349 - 1}

5. Prior to the petition date, the Debtors-in-possession retained Sean Raquet, CPA, LLC to provide pre-bankruptcy services. On March 29, 2024 received an $18,000 retainer from Debtor-in-Possession Supor Properties Enterprises, LLC for said services. Sean Raquet, CPA, LLC invoiced the Debtors-in-Possesion an amount of $6,412.50. The remaining balance, $11,587.50, will be applied to Sean Raquet, CPA, LLC's final fee application in these bankruptcy proceedings.

6. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

    ☒ Describe connection:
    (i) I performed pre-petition services for the Debtors-in-Possession. I performed services for the Debtors-in Possessions' proposed bankruptcy counsel and their proposed Special Counsel, in my capacity as the Managing Member of this firm, in other matters completely unrelated to this matter.

    (ii) I am also on the executive committee of a not-for-profit organization in which one of the partners at the proposed bankruptcy counsel's firm is the President.

7. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

    ☒ Describe Connection:

    (i) The firm performed pre-petition services for the Debtors-in-Possession. The firm performed services for the Debtors-in Possessions' proposed bankruptcy counsel and their proposed Special Counsel in other matters completely unrelated to this matter.

8. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I ( check all that apply):

    ☒ do not hold an adverse interest to the estate.

    ☒ do not represent an adverse interest to the estate.

    ☒ are disinterested under 11 U.S.C. § 101(14).

{F0216349 - 1}

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327( e).

☐ Other (Explain):

9. If the professional is an auctioneer,

   a. The following are my qualifications and experience with the liquidation or sale of similar property:

   b. The proposed method of calculation of my compensation, including rates and formulas, is:

   Pursuant to D.N.J. 2014-2, I _ do or _ do not request a waiver of the requirements of D.N. J. LBR 2016-1.

   c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds:

   d. Have you, or a principal of your firm, been convicted of a criminal offense?

      ☐ No

      ☐ Yes

   e. I certify that a surety bond as described in D.N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

I certify under penalty of perjury that the above information is true.

Date: April 23, 2024        */s/ Sean Raquet*
                            **Sean Raquet**


                            **Sean Raquet, CPA, LLC**
                            Name of Professional

{F0216349 - 1}