| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Proposed Attorneys for Debtors<br>Michael E. Holt<br>mholt@formanlaw.com | |
| In Re:<br><br>Supor Properties Enterprises LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 24-13427 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>(Jointly Administered)<br><br>Hearing Date: May 14, 2024<br>Hearing Time: 11:00 a.m. |

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ADMINISTRATIVE
FEE ORDER ESTABLISHING PROCEDURES FOR THE ALLOWANCE OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
<u>PROFESSIONALS RETAINED BY ORDER OF THIS COURT</u>**

**PLEASE TAKE NOTICE** that on May 14, 2024, at 10:00 a.m. (EST), or as soon thereafter as counsel may be heard, the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through their undersigned proposed counsel, shall move (the "Motion") before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, in Courtroom 3A of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Third Floor, Newark, New Jersey 07102, for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises LLC (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

entry of an order, substantially in the form submitted herewith, establishing procedures for the allowance of interim compensation and reimbursement of expenses of professionals retained by order of this Court.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Debtors shall rely on the *Declaration of Joseph Supor, III in Support of Debtors' Chapter 11 Petition and First Day Relief,* which sets forth the relevant factual bases upon which the relief requested should be granted. A proposed Order granting the relief requested in the Application is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2(a)(2)(i), responsive pleadings, if any, must be filed with the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, P.O. Box 1352, Newark, New Jersey 07101-1352, and served on Forman Holt, Attorneys for the Trustee, Attn: Michael E. Holt, Esq., 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662, at least seven (7) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

        FORMAN HOLT
        Proposed Attorneys for the Debtors

By:   */s/ Michael E. Holt*
      Michael E. Holt

Dated: April 23, 2024