UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
(201) 845-1000
Proposed Attorneys for Debtors
Michael E. Holt
mholt@formanlaw.com

In re:

Supor Properties Enterprises LLC, *et al.*[1],

                 Debtors.

Case No. 24-13427 (SLM)

Judge: Stacey L. Meisel

Chapter 11

(Jointly Administered)

## NOTICE REGARDING TELEPHONIC §341 MEETING

**PLEASE TAKE NOTICE** that the Chapter 11 §341 creditors meeting in the captioned matter, which was scheduled to take place at the offices of the United States Trustee in Newark, New Jersey on Wednesday, May 1, 2024, shall instead be conducted by conference call commencing at 10:00 a.m. EDT on Wednesday, May 1, 2024. If you wish to participate in the call, please e-mail Debtor's counsel at mholt@formanlaw.com with a copy to kanema@formanlaw.com no later than 4:00 p.m. EDT on April 30, 2024, and you will receive dial-in instructions. YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

                                                  FORMAN HOLT
                                                  Proposed Attorneys for Debtor

Dated: April 26, 2024                            By: */s/ Michael E. Holt*
                                                               Michael E. Holt

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

{F0216610 - 1}