John M. August, Esq.
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(973) 622-3333
Attorneys for The Port Authority of New York and New Jersey
and The Port Authority Trans-Hudson Corporation

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Supor Properties Enterprises, LLC | Case No. 24-13427 (SLM) |
| Debtor. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that The Port Authority of New York and New Jersey and The Port Authority Trans-Hudson Corporation ("Port Authority"), by and through their counsel, Saiber LLC, hereby appears in this case pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and requests that copies of all notices and pleadings given or filed in this case be given to and served upon the following:

John M. August, Esq.
jaugust@saiber.com
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery,

telephone, facsimile, telegraph, telex, e-mail, or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Port Authority does not intend this Notice of Appearance and Request for Notices and Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which they may be entitled including, but not limited to: (i) their rights to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) their rights to trial by jury in any proceeding related to this case; (iii) their rights to move to withdraw the reference, or object thereto, in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which they may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Port Authority expressly reserves.

SAIBER LLC
Attorneys for The Port Authority of
New York and New Jersey and The Port
Authority Trans-Hudson Corporation

By:    /s/ John M. August
       JOHN M. AUGUST

DATED:  April 30, 2024