UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer Stevens
& Cammarotta, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
Counsel to Joseph Comprelli

In Re:

Supor Properties Enterprises LLC,

Debtor.

Case No.: 24-13427
Chapter: 13
Judge: SLM

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ____Joseph Comprelli____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1 Harmon Meadow Blvd Ste 201,
Secaucus, NJ 07094

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: May 14, 2024

/s/ David L. Stevens, Esq.
Signature

new.8/1/15