**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Supor Properties Enterprises LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **24-13427** |

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on | **May 16, 2024** |

X */s/ Joseph Supor III*
Signature of individual signing on behalf of debtor

**Joseph Supor III**
Printed name

**Authorized Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Supor Properties Enterprises LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **24-13427**

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Value |
|---|---|---|---|---|
| 3.1. | **Citizens** | **Checking** | **1665** | $4,343.12 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                                    | $4,343.12 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

11.    **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | **42,451.00** | - | **0.00** | = .... | $42,451.00 |

**Accounts receivable**

| Debtor | **Supor Properties Enterprises LLC** | Case number *(If known)* **24-13427** |
|---|---|---|
| | Name | |

12. **Total of Part 3.** | $42,451.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:     Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1000 Frank E. Rodgers Boulevard, Harrison, NJ Lot 5.02, 17.02 & 1.02 Block 151,137 & 149** | Equitable interest | $0.00 | | $83,000,000.00 |

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor   **Supor Properties Enterprises LLC**                          Case number *(If known)*  **24-13427**
Name

---

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.         **$83,000,000.00**
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential claims againt third parties, including Frank Mustilli, Joseph Mustilli and Glenn Thomas** | **Unknown** |
|  | Nature of claim |  |
|  | Amount requested  $0.00 |  |
|  | **Due from Supor Properties Harrison Avenue LLC** | **$168,544.00** |
|  | Nature of claim |  |
|  | Amount requested  $168,544.00 |  |
|  | **Due from JS Realty Properties, LLC** | **$1,400,960.00** |
|  | Nature of claim |  |
|  | Amount requested  $1,400,960.00 |  |
|  | **Due from S&B Realty** | **$5,291,140.00** |
|  | Nature of claim |  |
|  | Amount requested  $5,291,140.00 |  |

---

Debtor    **Supor Properties Enterprises LLC**                          Case number *(If known)*  **24-13427**
Name

**Due from Supor Manor Realty Group, LLC**                                    $363.00
Nature of claim
Amount requested                    $363.00

**Due from Supor Properties Boonton, LLC**                                    $147,894.00
Nature of claim
Amount requested                    $147,894.00

**Due from Supor Properties Devon LLC**                                    $489,767.00
Nature of claim
Amount requested                    $489,767.00

**Due from Supor Proeprties Breiderhoft**                                    $1,100,705.00
Nature of claim
Amount requested                    $1,100,705.00

**Due from SES LLC d/b/a Supor Enterprises Services**                                    $319,500.00
Nature of claim
Amount requested                    $319,500.00

**Due from Shore Properties Associates North LLC**                                    $43,174.00
Nature of claim
Amount requested                    $43,174.00

**Due from Supor Properties 136-1 Realty LLC**                                    $70,921.00
Nature of claim
Amount requested                    $70,921.00

**Due from Supor-172 Realty**                                    $1,416,137.00
Nature of claim
Amount requested                    $1,416,137.00

**Due from Supor Construction**                                    $97,000.00
Nature of claim
Amount requested                    $97,000.00

**Due from Supor Peorpties 600 Urban Renewal, LLC**                                    $1,555,546.00
Nature of claim
Amount requested                    $1,555,546.00

| Debtor | **Supor Properties Enterprises LLC** | Case number *(If known)* | **24-13427** |
|---|---|---|---|
| | Name | | |

**Claims against American Dream Resorts, Ltd., RDA1: Supor Properties Enterprises LLC;  RDA 2&3: Supor Properties Enterprises LLC;  RDA 4: J Supor 136-1Realty LLC;  RDA 5: Supor 172 Realty LLC; RDA 6: Supor Properties 600 Urban Renewal, LLC; Supor Studio City 2 LLC, Supor Studio City 3 LLC; Supor Studio City 4 LLC and Supor MT, LLC**

**Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

**Town of Harrison - Pending Property Tax Appeals for years 2020 and 2021**

**Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|---|---|

**Membership Interest**
**RDA 1: Supor Properties Enterprises LLC**
**(Operating Agreement Terminated 02/15/2024)**
**(Subject of Adv. Pro. No. 24-1174-SLM)**

**Unknown**

**Membership Interest**
**RDA 2&3 Supor Properties Enterprises LLC**
**(Operating Agreement Terminated 02/15/2024)**
**(Subject of Adv. Pro. No. 24-1174-SLM)**

**Unknown**

| 78. | **Total of Part 11.** | **$12,101,651.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Supor Properties Enterprises LLC**                                     Case number *(If known)*  **24-13427**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$4,343.12** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$42,451.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | **$83,000,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$12,101,651.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$12,148,445.12** | + 91b. **$83,000,000.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$95,148,445.12** |

**Fill in this information to identify the case:**

Debtor name **Supor Properties Enterprises LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **24-13427**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**American Dream Resorts Ltd.**<br>**123 N Sea Road #516**<br>**Southampton, NY 11968**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Frank Mustilli**<br>**c/o Keith McDonald, Esq.**<br>**Pashman Stein Walder Heyden**<br>**21 Main Street, #200**<br>**Hackensack, NJ 07601**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Glenn Thomas**<br>**c/o Keith McDonald, Esq.**<br>**Pashman Stein Walder Heyden**<br>**21 Main Street, #200**<br>**Hackensack, NJ 07601**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**J Supor Realty LLC**<br>**433 Bergen AVenue**<br>**Kearny, NJ 07032**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,437,553.00** |

| Debtor | **Supor Properties Enterprises LLC** | Case number (if known) | **24-13427** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$946,422.00**

**J Supor Trucking**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Joseph Mustilli**
**c/o Keith McDonald, Esq.**
**Pashman Stein Walder Heyden**
**21 Main Street #200**
**Hackensack, NJ 07601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,514,949.00**

**JS Leasing LLC**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$163,158.66**

**K&L Gates LLP**
**Attn:  Daniel Eliades**
**One Newark Center, 10th Floor**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**M & J Comprelli, LLC**
**63 Tiffany Drive**
**East Hanover, NJ 07936**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$396,182.00**

**Marital Trust Under Joseph Supor Jr.**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660.00**

**NJ Dept of Environmental Protection**
**Mail Code: 401--6L**
**PO Box 0420**
**Trenton, NJ 08625-0420**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Supor Properties Enterprises LLC** | Case number (if known) | **24-13427** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**PSE&G**
**80 Park Place**
**Newark, NJ 07102**

Date(s) debt was incurred  _
Last 4 digits of account number  **2609**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$848.98**

---

**3.13** | Nonpriority creditor's name and mailing address
**Railworks Track Services**
**600 Meadowlands Parkway. Suite 265**
**Secaucus, NJ 07094**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.14** | Nonpriority creditor's name and mailing address
**RDA 2&3: Supor Properties Enterprises LL**
**123 N. Sea Road, #516**
**Southampton, NY 11968**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.15** | Nonpriority creditor's name and mailing address
**RDA 4: J Supor 136-1 Realty LLC**
**123 N. Sea Road, #516**
**Southampton, NY 11968**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address
**RDA 5: Supor 172 Realty LLC**
**123 N. Sea Road, #516**
**Southampton, NY 11968**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.17** | Nonpriority creditor's name and mailing address
**RDA 6:Supor Properties 600 Urban Renewal**
**123 N. Sea Road, #516**
**Southampton, NY 11968**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.18** | Nonpriority creditor's name and mailing address
**RDA1: Supor Properties Enterprises LLC**
**123 N. Sea Road, #516**
**Southampton, NY 11968**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Supor Properties Enterprises LLC** | Case number (if known) | **24-13427** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138,255.00** |
|---|---|---|---|

**SS Realty Properties LLC**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,720.00** |
|---|---|---|---|

**Supor Crane & Rigging LLC**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,511,072.00** |
|---|---|---|---|

**Supor Development Group LLC**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108,000.00** |
|---|---|---|---|

**Supor Family LLC**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Supor MT, LLC**
**123 N. Sea Road, #516**
**Southampton, NY 11968**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135,152.00** |
|---|---|---|---|

**Supor Properties 400 LLC**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,500.00** |
|---|---|---|---|

**Supor Properties Bergen Avenue LLC**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Supor Properties Enterprises LLC | Case number (if known) | 24-13427 |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Supor Studio City 2 LLC**
**123 N. SEa Road, #156**
**Southampton, NY 11968**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Supor Studio City 3 LLC**
**123 N. Sea Road, #156**
**Southampton, NY 11968**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Supor Studio City 4 LLC**
**123 N. Sea Road, #516**
**Southampton, NY 11968**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078,964.00 |
|---|---|---|---|

**Supor Trucking LLC**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**Triple S Security LLC**
**433 Bergen Avenue**
**Kearny, NJ 07032**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.00 |
|---|---|---|---|

**Verizon**
**500 Technology Drive, Suite 550**
**Weldon Spring, MO 63304**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0180

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor   **Supor Properties Enterprises LLC**                    Case number (if known)   **24-13427**
         Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 12,503,014.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,503,014.64 |

**Fill in this information to identify the case:**

Debtor name    **Supor Properties Enterprises LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **24-13427**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ☐ Operating a business <br> ■ Other  **Rental Income** | **$196,640.00** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ☐ Operating a business <br> ■ Other  **Rental Income** | **$1,299,205.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **J Supor Trucking 433 Bergen Avenue Kearny, NJ 07032** | **1/17/2024, 2/1/2024, 2/2/2024, 3/8/2024** | **$181,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

| Debtor | **Supor Properties Enterprises LLC** | Case number *(if known)* **24-13427** |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Triple S Security LLC**<br>**433 Bergen Avenue**<br>**Kearny, NJ 07032** | **1/24/2024,**<br>**3/6/2024,**<br>**3/13/2024,**<br>**3/20/2024** | **$43,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Marital Trust Under Joseph Supor Jr.**<br>**433 Bergen Avenue**<br>**Kearny, NJ 07032** | **3/21/2024** | **$55,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **K&L Gates LLP**<br>**One Newark Center**<br>**1085 Raymond Boulevard, 10th Floor**<br>**Newark, NJ 07102** | **1/16/2024,**<br>**2/12/2024,**<br>**3/21/2024** | **$111,418.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Selective Insurance Company of America**<br>**40 Wantage Avenue**<br>**Branchville, NJ 07890** | **3/12/2024** | **$27,986.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Formanlaw LLC d/b/a Forman Holt**<br>**365 West Passaic Street, Suite 400**<br>**Rochelle Park, NJ 07662** | **3/21/2024** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **Sean Raquet CPA LLC**<br>**P.O. Box 223**<br>**Rockaway, NJ 07866** | **3/29/2024** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Supor Trucking LLC**<br>**433 Bergen Avenue**<br>**Kearny, NJ 07032**<br>**Affiliate** | **5/4/2023** | **$270,000.00** | |

Debtor   **Supor Properties Enterprises LLC**                    Case number *(if known)* **24-13427**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Joseph Supor, III** **433 Bergen Avenue** **Kearny, NJ 07032** **Insider** | **5/15/2023** | **$22,000.00** | |
| 4.3. **JL Realty Properties LLC** **433 Bergen Avenue** **Kearny, NJ 07032** **Affiliate** | **6/21/2023** | **$50,000.00** | |
| 4.4. **Marital Trust Under Joseph Supor Jr.** **433 Bergen Avenue** **Kearny, NJ 07032** **Affiliate** | **6/21/2023,** **3/21/2024** | **$78,000.00** | |
| 4.5. **Triple S Security LLC** **433 Bergen Avenue** **Kearny, NJ 07032** **Affiliate** | **6/21/2023,** **7/19/2023,** **10/18/2023,** **11/8/2023,** **11/15/2023,** **11/29/2023,** **1/24/2024,** **3/6/2024,** **3/13/2024,** **3/20/2024** | **$106,500.00** | |
| 4.6. **J Supor Trucking** **433 Bergen Avenue** **Kearny, NJ 07032** **Affiliate** | **7/12/2023,** **7/20/2023,** **9/18/2023,** **9/29/2023,** **11/2/2023,** **1/17/2024,** **2/1/2024,** | **$381,000.00** | |
| 4.7. **Supor Properties 136-1 Realty LLC** **433 Bergen Avenue** **Kearny, NJ 07032** **Affiliate** | **9/13/2023** | **$26,000.00** | |
| 4.8. **Supor Properties 600 Urban Renewal** **433 Bergen Avenue** **Kearny, NJ 07032** **Affiliate** | **9/13/2023,** **10/9/2023,10/** **18/2023** | **$139,000.00** | |
| 4.9. **Supor Studios PropertiesLLC** **433 Bergen Avenue** **Kearny, NJ 07032** **Affilitate** | **10/12/2023** | **$10,000.00** | |
| 4.10 **J Supor Realty LLC** **433 Bergen Avenue** **Kearny, NJ 07032** **Affiliate** | **10/16/2023,** **2/2/2024,** **3/8/2024** | **$135,000.00** | |
| 4.11 **JS Leasing LLC** **433 Bergen Avenue** **Kearny, NJ 07032** **Affiliate** | **10/30/2023,** **11/1/2023,** **12/5/2023** | **$57,500.00** | |

| Debtor | **Supor Properties Enterprises LLC** | | Case number *(if known)*  **24-13427** |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.12<br>· | **Supor Development Group LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032<br>Affiliate** | **11/13/2023** | **$12,000.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **1000 Frank E. Rodgers 1 LLC<br>520 Madison Avenue, Suite 3501<br>New York, NY 10022** | **1000 Frank E. Rodgers Boulevard South,<br>Harrison, NJ** | **1/12/2024** | **$83,000,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.1. | **1000 Frank E. Rodgers 1 LLC<br>v. Supor Properties<br>Enterprises, LLC, et als<br>SWC-F-000308-23** | **Foreclosure** | **Superior Court of New<br>Jersey<br>Hudson County<br>595 Newark Avenue<br>Jersey City, NJ 07306** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Supor Properties Enterprises,<br>LLC v. Harrison Town<br>8483-2020** | **Tax Appeal** | **Tax Court of New Jersey<br>Richard J. Hughes Justice<br>Complex<br>25 Market Street<br>Trenton, NJ 08611** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Supor Properties Enterprises<br>LLC v. Harrison Town<br>2574-2021** | **Tax Appeal** | **Tax Court of New Jersey<br>Richard J. Hughes Justice<br>Complex<br>25 Market Street<br>Trenton, NJ 08611** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Supor Properties Enterprises LLC** | Case number *(if known)* | **24-13427** |
|---|---|---|---|

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Forman Holt<br>365 West Passaic Street,<br>Suite 400<br>Rochelle Park, NJ 07662** | | **3/22/2024** | **$15,000.00** |
| | **Email or website address<br>www.formanlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **K & L Gates LLP<br>One Newark Center<br>1085 Raymond Boulevard,<br>10th Floor<br>Newark, NJ 07102** | | **1/16/2024** | **$55,744.54** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor   **Supor Properties Enterprises LLC**                     Case number *(if known)*  **24-13427**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **K&L Gates LLP**<br>**One Newark Center**<br>**1085 Raymond Boulevard,**<br>**10th Floor**<br>**Newark, NJ 07102** | | **2/12/2024** | **$41,785.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **K&L Gates, LLP**<br>**One Newark Center**<br>**1085 Raymond Boulevard**<br>**Newark, NJ 07102** | | **3/21/2024** | **$13,888.89** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Sean Raquet CPA LLC**<br>**P.O. Box 223**<br>**Rockaway, NJ 07866-0223** | | **3/20/2024** | **$18,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **Supor Properties Enterprises LLC** | Case number *(if known)* **24-13427** |

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor **Supor Properties Enterprises LLC**                  Case number *(if known)* **24-13427**

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page **8**

Debtor **Supor Properties Enterprises LLC**                                    Case number *(if known)* **24-13427**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **RDA 1: Supor Properties Enterprises LLC** | **Operating Agreement Terminated 02/15/2024**<br>**Subject of Adv. Pro. No. 24-1174-SLM** | EIN:<br><br>From-To |
| 25.2. **RDA 2&3 Supor Properties Enterprises LLC** | **Operating Agreement Terminated 02/15/2024**<br>**Subject of Adv. Pro. No. 24-1174-SLM** | EIN:<br><br>From-To |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Wiss & Company LLP**<br>**100 Campus Drive**<br>**Florham Park, NJ 07932** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **S&B Realty Partnership** | **433 Bergen Avenue**<br>**Kearny, NJ 07032** | **Sole Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **Supor Properties Enterprises LLC**                          Case number *(if known)*  **24-13427**

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2024**

**/s/ Joseph Supor III**                                  **Joseph Supor III**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorized Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes