| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102<br>Telephone: (973) 848-4000<br>Daniel M. Eliades, Esq. (DME-6203)<br>David S. Catuogno, Esq (DSC-1397)<br>William Waldman, Esq. (WLW-1452)<br>Caitlin C. Conklin, Esq. (CCC-5117)<br>Special Counsel for the Debtors |

In Re:

Supor Properties Enterprises LLC, et al.,

　　　　　　　　　　　　　　　　Debtors.

Case No.: 24-13427 SLM
Adv. Pro. No.: _____
Chapter: 11
Subchapter V:  ❏ Yes  ☒ No
Hearing Date: 6/4/2024
Judge: S.L. Meisel

**ADJOURNMENT REQUEST**

1. I, **Caitlin C. Conklin**,

   ☒ am the attorney for: **Special Counsel for the Debtors**,

   ❏ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Debtor's Motion to Reject Certain Unexpired Leases (Docket No. 93)

   Current hearing date and time: 6/4/2024 at 11:00 a.m.

   New date requested: 7/23/2024 at 11:00 a.m.

   Reason for adjournment request: To coincide with the confirmation hearing date.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ❏ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 5/31/2024            /s/ Caitlin C. Conklin
                                                       Signature

**COURT USE ONLY:**

The request for adjournment is:

- [x] Granted      New hearing date: 7/23/2024 at 11:00 a.m.      ❑ Peremptory
- ❑ Granted over objection(s)    New hearing date: _____      ❑ Peremptory
- ❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2