| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtors<br>Michael E. Holt<br>mholt@formanlaw.com | |
| In Re:<br><br>Supor Properties Enterprises LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 24-13427 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>(Jointly Administered) |

**CERTIFICATION OF SERVICE**

1. I, Kathryn Anema,

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Michael E. Holt who represents the Debtor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 4, 2024, I sent a copy of the Cover Letter, the Debtors' Combined Disclosure Statement and Plan of Reorganization, the Order Approving Disclosure Statement on an Interim Basis and granting other relief entered on May 30, 2024, the Combined Hearing Notice and a Ballot (as applicable) with a pre-addressed postage-paid return envelope to all of the parties on Exhibit A attached hereto via first class mail.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises LLC (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

{F0219352 - 1}

3. On June 4, 2024, I sent a copy of the Cover Letter, the Debtors' Combined Disclosure Statement and Plan of Reorganization, the Order Approving Disclosure Statement on an Interim Basis and granting other relief entered on May 30, 2024 and the Combined Hearing Notice to all of the parties on Exhibit B attached hereto via first class mail.

4. On June 4, 2024, I sent a copy of the Notice of Non-Voting Status, the Combined Hearing Notice, Debtors' Combined Disclosure Statement and Plan of Reorganization, the Order Approving Disclosure Statement on an Interim Basis and granting other relief entered on May 30, 2024 to all parties on Exhibit C attached hereto via first class mail.

5. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 6, 2024                    /s/ Kathryn Anema
                                       Kathryn Anema

# EXHIBIT A

| Name | Address 1 | Address 2 | City State Zip | Relationship of Party to Case |
|---|---|---|---|---|
| 1000 Frank E. Rodgers 1 LLC | Attn: Brian Schatz | 520 Madison Avenue, Suite 3501 | New York, NY 10022 | Secured Creditor |
| Frank E. Rodgers 2 LLC | Attn: Brian Schatz | 520 Madison Avenue, Suite 3501 | New York, NY 10022 | Secured Creditor |
| Jerold C. Feuerstein, Esq. | Kriss & Feuerstein LLP | 360 Lexington Ave, Suite 1200 | New York, NY 10017 | Attorneys for Secured Creditors - Notice of Appearance (Notice Only) |
| Daniel Zinman, Esq. | Kriss & Feuerstein LLP | 360 Lexington Avenue, Suite 1200 | New York, NY 10017 | Attorney for Secured Creditors - Notice of Appearance (Notice Only) |
| 12 Breiderhoft Road Owner LLC | Kriss & Feuerstein LLP | 360 Lexington Avenue, Suite 1200 | New York, NY 10017 | DILF Holder |
| 201 Devon Terr Owner LLC | Kriss & Feuerstein LLP | 360 Lexington Avenue, Suite 1200 | New York, NY 10017 | DILF Holder |
| 401 Supor Blvd Owner LLC | Kriss & Feuerstein LLP | 360 Lexington Avenue, Suite 1200 | New York, NY 10017 | DILF Holder |
| 600 Guyon Drive Owner LLC | Kriss & Feuerstein LLP | 360 Lexington Avenue, Suite 1200 | New York, NY 10017 | DILF Holder |
| PSEG | Attn: Legal Department | 80 Park Place | Newark, NJ 07102 | Creditor |
| Verizon | Attn: Legal Department | 500 Technology Drive, Suite 550 | Weldon Spring, MO 63304 | Creditor |
| Veolia Water Contract Operations | 69 DeVoe Place | | Hackensack, NJ 07601 | Creditor |
| New Jersey Dept of Environmental Protection | Mail Code 401-04N | 401 East State street | Trenton, NJ 08625-0420 | Creditor |
| City Fire Equipment | 733 Ridgedale Avenue | | East Hanover, NJ 07936 | Creditor |
| M&J Comprelli | 63 Tiffany Drive | | East Hanover, NJ 07936 | Creditor |
| M&J Comprelli c/o David L. Stevens, Esq. | Scura Wigfield Heyer Stevens | 1599 Hamburg Turnpike | Wayne, NJ 07470 | Attorney for Joseph Comprelli - Notice of Appearance (Notice Only) |
| Railworks Track Services | 600 Meadowlands Parkway | Suite 265 | Secaucus, NJ 07094 | Creditor |
| I.B. Abel Inc. | 2745 Black Bridge Road | | York, PA 17406 | Creditor |
| Stalwart Productions LLC | 2425 Olympic Boulevard | | Santa Monica, CA 90404 | Creditor |
| Riggs Distler & Company Inc. | 4 Easterbrook Lane | | Cherry Hill, NJ 08003 | Creditor |
| Montana Construction Corp. Inc. | 80 Contant Ave | | Lodi, NJ 07644 | Creditor |
| Crown Castle Towers 09 LLC | 1220 Augusta Drive #600 | | Houston, TX 77057 | Creditor |
| Cool Concessions LLC | 94 Mantoloking Road | | Brick, NJ 08723 | Creditor |
| Newlin Constructions LLC | 56 Bridge Ave | | Bay Head, NJ 08742 | Creditor |
| R. Kremer & Son Marine Contractors | 94 Mantoloking Road | | Brick, NJ 08723 | Creditor |
| Michael Sonta | 125 Riverside Drive N | | Brick, NJ 08724-2399 | Creditor |
| Biancella Enterprises Inc. | 94 Mantoloking Road | | Brick, NJ 08723 | Creditor |
| Dan Nuse, Inc. | 40 Longpoint Drive | | Brick, NJ 08723-7541 | Creditor |
| WFD Inc. | P.O. Box 291 | | Mantoloking, NJ 08738 | Creditor |
| Omar the Tent Man | 94 Mantoloking Road | | Brick, NJ 08723 | Creditor |
| Ideanomics, Inc. | 1441 Broadway, Suite 5166 | | New York, NY | Creditor |
| Machinery Values Inc. | 500 Supor Boulevard | | Harrison, NY 07029 | Creditor |
| Machinery Values Inc. c/o Anthony J. D'Artiglio, Esq. | Ansell Grimm & Aaron, P.C. | 365 Rifle Camp Road | Woodland Park, NJ 07424 | Attorney for Machinery Values, Inc. - Notice of Appearance (Notice Only) |
| Skanska Traylor PNB Joint Centure | 75-20 Astoria Boulevard, Suite 200 | | East Elmhurst, NY 11370 | Creditor |
| Devs Foods 2 LLC | Attn: Sanjay Patel | 3840 Park Avenue, Suite B-104 | Edison, NJ 08820 | Creditor |
| David M. Shafkowitz, Esq. | Shafkowitz Law Group, PC | 16 Sunset Avenue | Chalfont, PA 18914 | Attorney for Devs Foods 2 LLC - Notice Only |
| Frank Mustilli c/o Keith McDonald, Esq. | Pashman Stein Walder Hayden | 21 Main Street #200 | Hackensack, NJ 07601 | Disputed Creditor |
| Joseph Mustilli c/o Keith McDonald, Esq. | Pashamn Stein Walder Hayden | 21 Main Street #200 | Hackensack, NJ 07601 | Disputed Creditor |
| Glenn Thomas c/o Keith McDonald, Esq. | Pashman Stein Walder Hayden | 21 Main Street #200 | Hackensack, NJ 07601 | Disputed Creditor |
| American Dream Resorts Ltd | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| RDA 1: Supor Properties Enterprises | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| RDA 2 & 3 Supor Properties Enterprises | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| RDA 4: J Supor 136-1 Realty Inc. | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| RDA 5: Supor 172 Realty LLC | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| RDA 6: Supor Properties 600 Urban Rnewal | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| Supor MT LLC | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| Supor Studio City 2 LLC | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| Supor Studio City 3 LLC | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| Supor Studio City 4 LLC | 123 N. Sea Road #516 | | Southampton, NY 11968 | Disputed Creditor |
| K&L Gates LLP | Attn: Daniel M. Eliades, Esq. | 1085 Raymond Boulevard, 10th Floor | Newark, NJ 07102 | Creditor |
| J Supor LLC | 433 Bergen Avenue | | Kearny, NJ 07032 | Creditor - Insider |
| J Supor Realty LLC | 433 Bergen Avenue | | Kearny, NJ 07032 | Creditor - Insider |
| JS Leasing LLC | 433 Bergen Avenue | | Kearny, NJ 07032 | Creditor - Insider |
| Marital Trust Under Joseph Supor Jr. | 433 Bergen Avenue | | Kearny, NJ 07032 | Creditor - Insider |
| SS Realty Properties LLC | 433 Bergen Avenue | | Kearny, NJ 07032 | Creditor - Insider |
| Supor Crane & Rigging LLC | 433 Bergen Avenue | | Kearny, NJ 07032 | Creditor - Insider |
| J Supor & Son Trucking & Rigging | 433 Bergen Avenue | | Kearny, NJ 07032 | Creditor - Insider |
| Supor Family LLC | 433 Bergen Avenue | | Kearny, NJ 07032 | Creditor - Insider |

(F0219356 - 1)

| Name | Address | City/State/Zip | Role |
|---|---|---|---|
| Supor Development Group | 433 Bergen Avenue | Kearny, NJ 07032 | Creditor - Insider |
| Supor Properties 400 LLC | 433 Bergen Avenue | Kearny, NJ 07032 | Creditor - Insider |
| Supor Properties Bergen Avenue LLC | 433 Bergen Avenue | Kearny, NJ 07032 | Creditor - Insider |
| Supor Trucking LLC | 433 Bergen Avenue | Kearny, NJ 07032 | Creditor - Insider |
| Supor Studios Productions LLC | 433 Bergen Avenue | Kearny, NJ 07032 | Creditor - Insider |
| Triple S Security LLC | 433 Bergen Avenue | Kearny, NJ 07032 | Creditor - Insider |
| Supor Properties Enterprises LLC | 433 Bergen Avenue | Kearny, NJ 07032 | Creditor - Insider |
| Supor Properties 600 Urban Renewal | 433 Bergen Avenue | Kearny, NJ 07032 | Creditor - Insider |
| SHH Logistic LLC | 433 Bergen Avenue | Kearny, NJ 07032 | Equity Security Holder - Supor Properties Breiderhoft |
| Joseph Supor III | 433 Bergen Avenue | Kearny, NJ 07032 | Equity Security Holder - Supor Proeprties Devon LLC |
| Joseph Supor III | 433 Bergen Avenue | Kearny, NJ 07032 | Equity Security Holder - Shore Proeprties Associates North |
| Joseph Supor III | 433 Bergen Avenue | Kearny, NJ 07032 | Equity Seucirty Holder - Supor Properties 600 Urban Renewal LLC |
| JL Realty Properties LLC | 433 Bergen Avenue | Kearny, NJ 07032 | Equity Security Holder - JS Realty Properties, LLC |
| Marital Trust Under Joseph Supor Jr. | 433 Bergen Avenue | Kearny, NJ 07032 | Equity Security Holder - Supor Properties Harrison Avenue LLC |

(F0219356 - 1)

# EXHIBIT B

| Name | Address 1 | Address 2 | City, State, Zip | Relationship of Party to Case |
|---|---|---|---|---|
| Office of United States Trustee | Peter J. D'Auria | One Newark Center, Suite 2100 | Newark, NJ 07102 | United States Trustee |
| Internal Revenue Service | P.O. Box 7346 | | Phialdelphia, PA 19101-7346 | Notice Party |
| United States Attorney | Peter Rodino Federal Building | 970 Broad Street, Suite 700 | Newark, NJ 07102 | Notice Party |
| United States Attorney General | US Department of Justice | 950 Pennsylvania Ave NW | Washington DC 20530 | NoticeParty |
| New Jersey Attorney General - Division of Law | Hughes Justice Complex | 25 Market Street P.O. Box 112 | Trenton, NJ 08625-0112 | Notice Party |
| United States Securities & Exchange Commission | New York Regional Office | 100 Pearl Street, Suite 201-00 | New York, NY 10004-2616 | Notice Party |
| The Port Authority of NY and NJ | 4 World Trade Center | 150 Greenwich Street | New York, NY 10007-2366 | Notice of Appearance |
| The Port Authority of NY and NJ c/o John August | Saiber LLC | 18 Columbia Turnpike | Florham Park, NJ 07932 | Attorney for Port Authority of NY/NJ |
| Advance at Harrison LLC | Cole Schotz PC Attn: Warren Usatine | Court Plaza N, 25 Main Street | Hackensack, NJ 07601 | Notice of Appearance |
| CBRE Inc. | 250 Pehle Avenue, Suite 600 | | Saddle Brook, NJ 07663 | Retained Professional |
| K&L Gates LLP | Daniel Eliades/David Catuogno | 1085 Raymond Boulevard, 10th Fl | Newark, NJ 07102 | Retained Professional |
| Sean Raquet CPA LLC | P.O. Box 223 | | Rockaway, NJ 07866 | Retained Professional |

# EXHIBIT C

| Name | Address 1 | Address 2 | City State Zip | Relationship of Party to Case |
|---|---|---|---|---|
| Town of Harrison | 318 Harrison Avenue | | Harrison, NJ 07029 | Creditor |
| Harrison Redevelopment Agency | 318 Harrison Avenue | Attn: Paul Zarbetski | Harrison, NJ 07029 | Creditor |
| Anthony Sododo III/Sari B. Placona | McManimon, Scotland & Bauman | 75 Livingston Avenue, Second Floor | Roseland, NJ 07029 | Attorneys for Town of Harrison & Harrison RDA (Notice Only) |
| Harrison Redevelopment Agency | c/o James Bruno, Esq. | 7 Giralda Farms, Suite 170 | Madison, NJ 07940 | Creditor |
| Town of Kearny | 402 Kearny Avenue | | Kearny, NJ 07032 | Creditor |
| Township of Brick | 401 Chambers Bridge Road | | Brick, NJ 08723 | Creditor |
| Brick Township M.U.A. | 1551 Highway 88 West | | Brick, NJ 08724-2399 | Creditor |
| S&B Realty Partnership | 433 Bergen Avenue | | Kearny, NJ 07032 | Equity Security Holder - Supor Properties Enterprises |
| Joseph Supor III | 433 Bergen Avenue | | Kearny, NJ 07032 | Equity Security Holder - J Supor 136-1 Realty LLC |
| J Supor-172 LLC | 433 Bergen Avenue | | Kearny, NJ 07032 | Equity Security Holder - Supor -172 Realty LLC |

{F0219356 - 1}