UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
William Waldman, Esq. (WLW-1452)
*Special Counsel for the Debtors*

In re:

Supor Properties Enterprises LLC, *et al.*[1],

                     Debtors.

Case No. 24-13427 (SLM)

(Jointly Administered)

Chapter 11

Judge: Hon. Stacey L. Meisel

## CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY FEE STATEMENT OF K & L GATES LLP FOR PERIOD FROM APRIL 1, 2024 THROUGH MAY 31, 2024 (ECF NO. 156)

The court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the Monthly Fee Statement filed by K&L Gates LLP on June 25, 2024 [ECF Doc. No.156], were to be filed and served no later than July 10, 2024. I, David S. Catuogno, certify that, as of July 11, 2024, I reviewed the court's docket in this case and no answer, objection, or other responsive

---

[1]. The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

319344308.1

pleading to the above Monthly Fee Statement was filed nor were any such objections served upon K&L Gates LLP or me.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

                                                          K&L GATES LLP
                                                          Special Counsel to Debtor

Dated: July 11, 2024                                   By: */s/ David S. Catuogno*
                                                                         David S. Catuogno