UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973-848-4000
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq. (DSC-1397)
William L. Waldman, Esq. (WLW-1452)
Special Counsel for the Debtors

In Re:

Supor Properties Enterprises LLC, et al.,

Case No.: 24-13427 SLM

Chapter: 11 (Jointly Admin)

Adv. No.:

Hearing Date:

Judge: S.L. Meisel

## CERTIFICATION OF SERVICE

1. I, Joy M. VanDerWeert :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for David S. Catuogno, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On July 11, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Certification of No Objection Regarding First Monthly Fee Statement of K&L Gates LLP for Period from April 1, 2024 through May 31, 2024

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/11/2024

/s/ Joy M. VanDerWeert
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph Supor III<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Authorized Member of the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Properties Enterprises LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| J Supor 136-1 Realty LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor-172 Realty LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Properties Breiderhoft LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Supor Properties Devon LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shore Properties Associates North LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Properties 600 Urban Renewal, LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| JS Realty Properties, LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Properties Harison Avenue LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 1000 Frank E. Rodgers 1 LLC<br>Attn.; Brian Schatz<br>520 Madison Avenue, Suite 3501<br>New York, NY 10022 | Lender | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank E. Rodgers 2 LLC<br>Attn.; Brian Schatz<br>520 Madison Avenue, Suite 3501<br>New York, NY 10022 | Lender | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Crown Bank<br>27 Prince Street<br>Elizabeth, NJ 07208 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Forman Holt<br>Attn.: Michael E. Holt, Esq.<br>Attn.: Charles M. Forman, Esq.<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662 | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee<br>Attn.: Peter J. D'Auria<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jerold C. Feuerstein, Esq.<br>Daniel Zinman, Esq.<br>Kriss & Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York, NY 10017 | Attorney for Lender | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony Sodono, III<br>Sari Blair Placona<br>McManimon, Scotland & Bauman<br>75 Livingston Avenue, 2nd Floor<br>Roseland, NJ 07029 | Notice of Appearance for Town of Harrison and Harrison RDA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John M. August, Esq.<br>Saiber LLC<br>18 Columbia Turnpike<br>Florham Park, NJ 07932 | Notice of Appearance for the Port Authority of NY and NJ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David L. Stevens, Esq.<br>Scura Wigfield Heyer Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Notice of Appearance for M&J Comprelli | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony J. D'Artiglio, Esq.<br>Ansell Grimm & Aaron PC<br>365 Riffle Camp Road<br>Woodland Park, NJ 07424 | Notice of Appearance for Machinery Values Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cole Schotz PC<br>Attn.: Warren Usatine<br>Court Plaza N<br>25 Main Street<br>Hackensack, NJ 07601 | Notice of Appearance for Advance at Harrison LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mark A. Roney, Esq.<br>Hill Wallack LLP<br>21 Roszel Road<br>Princeton, NJ 08540 | Attorney for Crown Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sean Raquet CPA LLC<br>PO Box 223<br>Rockaway, NJ 07866 | Accountant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email_____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

2