| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Forman Holt<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201)845-1000<br>Facsimile: (201)655-6650<br>Michael E. Holt<br>*Counsel for the Debtors*<br><br>K&L Gates LLP<br>One Newark Center<br>1085 Raymond Boulevard, 10th Floor<br>Newark, NJ 07102<br>Telephone: (973) 848-4000<br>Facsimile: (973) 848-4001<br>Daniel M. Eliades, Esq. (DME-6203)<br>David S. Catuogno, Esq (DSC-1397)<br>William Waldman, Esq. (WLW-1452)<br>*Special Counsel for the Debtors* | Order Filed on August 26, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 24-13427 (SLM)<br><br>(Jointly Administered)<br><br>Judge: Stacey L. Meisel |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.
**DATED: August 26, 2024**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

{F0224982 - 1}

After review of the application of Michael E. Holt, a member of Forman Holt, proposed attorneys for the above captioned Debtors, for the reduction of time for a hearing on the Debtors' Motions to authorize and approve the (i) sale of real property, (ii) assumption and assignment of unexpired leases, (iii) rejection of unexpired leases, and (iv) granting related relief [Doc. No. 194 and 195], it is

ORDERED as follows:

1. A hearing will be conducted on the matters on September 10, 2024 at 11:00 a.m. a.m. in the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Courtroom No. 3A.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties (a) the Office of the United States Trustee for the District of New Jersey; (b) the Debtors' 30 largest unsecured creditors (on a consolidated basis); (c) counsel to 1000 Frank E. Rodgers 1, LLC and Frank E. Rodgers 2, LLC; (d) the United States Attorneys' Office for the District of New Jersey; (e) the Internal Revenue Service; (f) the U.S. Securities and Exchange Commission; (g) the Office of the Attorney General for the State of New Jersey; (h) Town of Harrison; (i) Harrison Redevelopment Agency; (j) Town of Kearny; and (k) any party that has requested notice pursuant to Bankruptcy Rule 2022.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

{F0224982 - 1}                                     2

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail by **9/6/2024 by 12:00 p.m.**, replies, if any can be made at the hearing.

☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. **No telephonic appearances will be required if no objections are filed.**