UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Forman Holt
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Charles M. Forman, Esq. (CMF-8937)
Michael E. Holt, Esq. (MEH-8735)
*Counsel for the Debtors*

In re:

Supor Properties Enterprises LLC, *et al.*[1],

Debtors.

Case No. 24-13427 (SLM)
Judge: Hon. Stacey L. Meisel
Chapter 11

(Jointly Administered)

**Hearing Date: September 10, 2024**
**Hearing Time: 11:00 a.m.**

## CERTIFICATION OF SERVICE

1. I, Kathryn Anema:

   ☐ represent the_____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Forman Holt, who is counsel to the Debtors in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On August 26, 2024, I sent a copy of the following pleadings and/or documents to the parties listed on Exhibit A attached hereto:

   - Debtors' Motion to Authorize and Approve the (i) Sale of Real Property, (ii) Assumption and Assignment of Unexpired Leases, (iii) Rejection of Unexpired Leases, and (iv) Granting Related Relief for property located at 401 Supor Boulevard a/k/a part of 500 Supor Boulevard a/k/ 608 Supor Boulevard, Harrison, New Jersey; Declaration of Joseph Supor III In Support; Memorandum of Law; and Proposed Order [Doc. No. 194]

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

{F0225211 - 1}

- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Doc. No. 197]

- Debtors' Motion to authorize and approve the (i) Sale of Real Property, (ii) Assumption and Assignment of Unexpired Leases, (iii) Rejection of Unexpired Leases, and (iv) Granting Related Relief for property located at 1000 Frank E. Rodgers Boulevard, Harrison, New Jersey; Declaration of Joseph Supor III in Support; Memorandum of Law and Proposed Order [Doc. No. 195]

- Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Doc. No. 198]

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  August 27, 2024                              */s/ Kathryn Anema*
                                                                              Kathryn Anema

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center Ste 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | US Trustee – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 1000 Frank E. Rodgers 1 LLC<br>Attn: Brian Schatz<br>520 Madison Avenue, Suite 3501<br>New York, NY 10022 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank E. Rodgers 2 LLC<br>Attn: Brian Schatz<br>520 Madison Avenue, Suite 3501<br>New York NY 10022 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerold C. Feuerstein, Esq.<br>Daniel Zinman, Esq.<br>Kriss & Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York, NY 10017<br>**jfeuerstein@kandfllp.com**<br>**dzinman@kandfllp.com** | Attorneys for 1000 Frank E. Rodgers 1 LLC & Frank E. Rodgers 2 LLC – Notice of Appearance and for DILF Holders | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel M. Eliades, Esq.<br>David S. Catuogno, Esq.<br>Caitlyn Conklin, Esq.<br>K&L Gates LLP<br>One Newark Center<br>1085 Raymond Boulevard<br>10th Floor<br>Newark, NJ 07102<br>**daniel.eliades@klgates.com**<br>**david.catuogno@klgates.com** | Special Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Town of Harrison<br>318 Harrison Avenue<br>Harrison, NJ 07029 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

{F0225211 - 1}              3

| | | |
|---|---|---|
| Anthony Sodono, III, Esq.<br>Sari B. Placona, Esq.<br>McManimon. Scotland &<br>Baumann, LLC<br>75 Livingston Avenue<br>Second Floor<br>Roseland, NJ 07068<br>**asodono@msbnj.com**<br>**splacona@msbnj.com** | Attorneys for Town of Harrison and Harrison Redevelopment Agency – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harrison Redevelopment Agency<br>Attn: Paul Zarbetski<br>318 Harrison Avenue<br>Harrison, NJ 07029<br>**pzarbetski@townofharrison.com** | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harrison Redevelopment Agency<br>c/o James Bruno<br>Castano Quigley Cherami LLP<br>7 Giralda Farms, Suite 170<br>Madison, NJ 07940<br>**jbruno@cqclaw.com** | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John M. August, Esq.<br>Saiber LLC<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932<br>**jaugust@saiber.com** | Attorney for the Port Authority of NY and NJ and The Port Authority Trans-Hudson Corporation – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Port Authority of NY and NJ<br>4 World Trade Center<br>150 Greenwich Street<br>New York, NY 10007-2366 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Town of Kearny<br>402 Kearny Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Township of Brick<br>401 Chambers Bridge Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

{F0225211 - 1}                    4

| | | |
|---|---|---|
| Brick Township M.U.A.<br>1551 Highway 88 West<br>Brick, NJ 08724-2399 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PSEG<br>Attn:  Legal Department<br>80 Park Place<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon<br>Attn:  Legal Department<br>500 Technology Drive, Suite 550<br>Weldon Spring, MO 63304 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Veolia Water Contract Operations USA Inc.<br>69 DeVoe Place<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Department of Environmental Protection<br>Mail Code 401-04N<br>401 East State Street<br>Trenton, NJ 08625-0420 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City Fire Equipment<br>733 Ridgedale Avenue<br>East Hanover, NJ 07936 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M& J Comprelli LLC<br>63 Tiffany Drive<br>East Hanover, NJ 07936 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name / Address | Role | Method |
|---|---|---|
| David L. Stevens, Esq.<br>Scura Wigfield Heyer Steven<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>**dstevens@scura.com** | Attorney for M&J Comprelli LLC – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>E-Mail</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Railworks Track Services<br>600 Meadowlands Parkway<br>Suite 265<br>Secaucus, NJ 07094 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| I.B. Abel Inc.<br>2745 Black Bridge Road<br>York, PA 17406 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stalwart Productions LLC<br>2425 Olympic Boulevard<br>Santa Monica CA 90404 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Riggs Distler & Company, Inc<br>4 Easterbrook Lane<br>Cherry Hill, NJ 08003 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Montana Construction Corp. Inc.<br>201 Devon Terrace<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Crown Castle Towers 09, LLC<br>1220 Augusta Drive #600<br>Houston, TX 77057 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cool Concessions LLC<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Newlin Construction LLC<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| R. Kremer & Son Marine Contractors LLC<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Sonta<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Biancella Enterprises Inc.<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dan Nuse Inc.<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WFD Inc.<br>219 NJ 35<br>Mantoloking, NJ 08738 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Omar the Tent Man<br>94 Mantoloking Road<br>Brick, NJ 08723 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ideanomics Inc.<br>1441 Broadway, Suite 5166<br>New York, NY 10018 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

{F0225211 - 1}                                7

| | | |
|---|---|---|
| Machinery Values, Inc.<br>500 Supor Boulevard<br>Harrison, NJ 07029 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony J. D'Artiglio, Esq.<br>Ansell Grimm & Aaron P.C.<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424 | Attorney for Machinery Values, Inc. – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Skanska Traylor PNB Joint Venture<br>75-20 Astoria Boulevard<br>Suite 200<br>East Elmhurst, NY 11370 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Devs Foods 2 LLC<br>Attn:  Sanjay Patel<br>3840 Park Avenue<br>Suite B-104<br>Edison, NJ 08820 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David M. Shafkowitz, Esq.<br>Shafkowitz Law Group, PC<br>350 South Main Street, Suite 308<br>Doylestown, PA 18901<br>**dms@shafkowitzlaw.com** | Attorney for Devs Foods 2 LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19101-7346 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Party | Role | Service Method |
|---|---|---|
| United States Securities & Exchange Commission<br>New York Regional Office<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004-2616 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Attorney General<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ 08625-0112 | Notice Party | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank Mustilli<br>c/o Keith McDonald, Esq.<br>Pashman Stein Walder Hayden<br>21 Main Street #200<br>Hackensack, NJ 07601<br>**kmcdonald@pashmanstein.com** | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Mustilli<br>c/o Keith McDonald, Esq.<br>Pashman Stein Walder Hayden<br>21 Main Street #200<br>Hackensack, NJ 07601<br>**kmcdonald@pashmanstein.com** | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Dream Resorts Ltd<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| J Supor Realty<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JS Leasing LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

{F0225211 - 1}                    9

| | | |
|---|---|---|
| JS Leasing LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| Marital Trust Under Joseph Supor Jr.<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| SS Realty Properties LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| Supor Crane & Rigging LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| Supor Development Group LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| Supor Family LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| Supor Properties 400 LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| Supor Properties Bergen Avenue LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |

| | | |
|---|---|---|
| Supor Trucking LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| American Dream Resorts Ltd<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| RDA 1: Supor Properties Enterprises LLC<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| RDA 2&3 Supor Properties Enterprises LLC<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| RDA 4: J Supor 136—1 Realty LLC<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| RDA 5: Supor 172 Realty<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| RDA 6: Supor Properties 600 Urban Renewal<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |
| Supor MT LLC<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other  FedEx Overnight Delivery<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.) |

| | | |
|---|---|---|
| Supor Studio City 2 LLC<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Supor Studio City 3 LLC<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Supor Studio City 4 LLC<br>123 N Sea Road #516<br>Southampton, NY 11968 | Disputed Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>FedEx Overnight Delivery</u><br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Advance at Harrison LLC<br>c/o Cole Schotz<br>Attn: Warren Usatine, Esq.<br>Attn: Ryan Jareck, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>E-Mail</u><br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Joseph Bezzone<br>J. Bezzone Inc.<br>c/o Andrew Anselmi, Esq.<br>56 Headquarters Plaza, 5th Floor<br>Morristown, NJ 07960<br>**aanselmi@acllp.com** | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other <u>E-Mail</u><br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |