**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for Town of Harrison and Harrison
Redevelopment Agency*

In re:

Supor Properties Enterprises LLC, et al.,[1]

                    Debtors.

Chapter 11

Case No. 24-13427 (SLM)

(Jointly Administered)

## ADJOURNMENT REQUEST

1. I, Sari B. Placona, Esq.,

   ☒ am the attorney for Town of Harrison and Harrison Redevelopment Agency in the above-referenced bankruptcy case, and request an adjournment of the following hearing for the reason set forth below.

   Matter:    Hearing on (i) Debtors' Motion to Authorize Sale of Real Property (401 Supor Blvd a/k/a part of 500 Supor Blvd a/k/a 608 Supor Blvd, Harrison, New Jersey [Doc. No. 194] and (ii) Debtors' Motion to Authorize Sale of Real Property (1000 Frank E. Rodgers Blvd, Harrison, New Jersey  [Doc. No. 195].

   Current hearing date and time:  September 10, 2024, at 11:00 a.m.

   New date requested:  October 1 , 2024 at 11:00 a.m.

   Reasons for adjournment request: Mr. Holt advised that the party wishing to assume the Amended Redevelopment Agreement (RDA") would be sending the Town the necessary documents to review to consider the assumption of the RDA.  The Town just received the documents yesterday at 2:00 p.m.  We advised Mr. Holt that the Town's financial representative needs to review these documents before the board meeting scheduled for September 9, 2024. That is not enough time for the Town to make an informed decision.  After September 9, 2024, the next meeting is September

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

<u>23, 2024.  The Town needs appropriate time. We asked Mr. Holt to consent and he
advised that he was waiting to hear from his client. With the holiday weekend
approaching and the limited time for the Town and the requisite board meeting, an
adjournment is respectfully requested.</u>

2.  Consent to adjournment:

☐ I have the consent of all parties.      ☐ I do not have the consent of all
                                               (explain below):

I hereby certify under peanlty of perjury that the foregoing is true.

Date:  August 30, 2024                    /s/ Sari B. Placona
                                          Sari B. Placona


**COURT USE ONLY**
_____

The request for adjournment is:

☐ Granted                 New hearing date:_____        ☐ Peremptory

☐ Granted over objection(s)  New hearing date:_____     ☐ Peremptory

☐ Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are
not electronic filers of the new hearing date.**

4881-7691-8494, v. 1