UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Forman Holt
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Charles M. Forman, Esq. (CMF-8937)
Michael E. Holt, Esq. (MEH-8735)
*Counsel for the Debtors*

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
William Waldman, Esq. (WLW-1452)
*Special Counsel for the Debtors*

| | |
|---|---|
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*[1],<br><br>                Debtors. | Case No. 24-13427 (SLM)<br>Judge: Hon. Stacey L. Meisel<br>Chapter 11<br>(Jointly Administered)<br><br>Hearing Date: October 1, 2024 at 11:00 a.m. |

## CERTIFICATION OF BALLOTING

Michael E. Holt, hereby certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey and represent Supor Properties

Enterprises LLC ("Supor Enterprises"), J Supor 136-1 Realty LLC ("Supor 136"); Supor-172

Realty LLC ("Supor 172"), Supor Properties Breiderhoft LLC ("Supor Breiderhoft"), Supor

Properties Devon LLC ("Supor Devon"), Shore Properties Associates North LLC, Supor

Properties 600 Urban Renewal, LLC ("Supor 600"), JS Realty Properties, LLC ("JS Realty"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

F0226354 - 1

Supor Properties Harrison Avenue LLC ("Supor Harrison Avenue") (each a referred to as a "Debtor" and collectively as the "Debtors") in the captioned chapter 11 cases.

2.      Each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on  April 2, 2024 ("Petition Date").

3.      On May 6, 2024, the Debtors filed a Combined Disclosure Statement and Plan of Reorganization and/or Liquidation for Debtors [Doc. No. 91] (the "Plan").

4.      On May 30, 2024, the Court entered an Order (i) Approving Disclosure Statement on an Interim Basis, (ii) Scheduling a Combined Hearing to Consider Adequacy of Disclosure Statement and Confirmation of Plan, (iii) Establishing Deadlines and Procedures for Filing Objections to Plan,(iv) Establishing Deadlines and Procedures for Solicitation and Tabulation of Votes, (v) Approving Form of Ballot and Solicitation Package, (vi) Approving the Form and Manner of Notice Provisions, and (vii) Granting Related Relief [Doc. No. 133], which established June 28, 2024 as the deadline to vote to accept or reject the Plan under D.N.J. LBR 3018-1(a), and scheduled the confirmation hearing for July 23, 2024.  The confirmation hearing has since been adjourned to September 24, 2024, at 11:00 a.m.

5.      On June 4, 2024, my office served copies of the Plan and all related documents, including ballots for submitting written acceptances or rejections of the Plan, upon all creditors. [Doc. No. 136].

6.      The Plan establishes 35 classes of creditors and holders of equity interests. According to the Plan, Classes 2, 3, 4, 7, 8, 9, 10, 12, 13, 14, 17, 18, 19, 20, 22, 23, 24, 25, 27, 28, 29, 30, 32, 33, 34, and 35 are Impaired Classes under the Plan and are entitled to vote. Classes 1, 6, 11, 16, 21, 26, and 31 are unimpaired and conclusively presumed to have accepted the Plan. Class 5 is impaired and deemed not to have accepted the Plan.

7.     Eight ballots were returned to my office by creditors eligible to vote as set forth below:

| | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting/ Rejecting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 2 | Yes | 1 | 1 | 0 | 100% | $95,107,156.12 | | 100% | Yes |
| CLASS 3 | Yes | 2 | 0 | 2 | 0.0% | | $1,600,000 | 100% | No |
| CLASS 7 | Yes | 1 | 1 | 0 | 100% | $95,107,156.12 | | 100% | Yes |
| CLASS 12 | Yes | 1 | 1 | 0 | 100% | $95,107,756.12 | | 100% | Yes |
| CLASS 17 | Yes | 1 | 1 | 0 | 100% | $95,107,756.12 | | 100% | Yes |
| CLASS 22 | Yes | 1 | 1 | 0 | 100% | $95,107,756.12 | | 100% | Yes |
| CLASS 27 | Yes | 1 | 1 | 0 | 100% | $95,107,756.12 | | 100% | Yes |

8.     Class 2 Claims consist of the Secured Claims of Lenders and DILF Holders on the FER Property and/or any other Property of the Estate of Supor Enterprises, Supor 136, and/or Supor 172.  None of the Class 2 Claimants filed any objections to the Plan, nor have any submitted any ballots rejecting the Plan.

9.     Class 3 Claims consists of all General Unsecured Claims against Supor Enterprises, Supor 136, and/or Supor 172 which are not classified as Administrative Claims or Priority Tax Claims.  All of the Class 3 Claimants that submitted ballots voted to reject the Plan.  None of the Class 3 Claimants filed any objections to the Plan.

10.     Class 7 Claims Class 7 consists of the Secured Claims of Lenders and DILF Holders on the 600 Guyon Property and/or any other Property of the Estate of Supor 600.  None of the

Class 7 Claimants filed any objections to the Plan.

11.     Class 12 Claims consists of the Secured Claims of Lenders and DILF Holders on the Breiderhoft Property and/or any other Property of the Estate of Supor Breiderhoft.  None of the Class 12 Claimants filed any objections to the Plan.

12.     Class 17 Claims Class 17 consists of the Secured Claims of Lenders and DILF Holders on the Devon Property and/or any other Property of the Estate of Supor Devon.  None of the Class 13 Claimants filed any objections to the Plan.

13.     Class 22 Claims Class 22 consists of the Secured Claims of Lenders and DILF Holders on the JS Realty Property and/or any other Property of the Estate of JS Realty.  None of the Class 22 Claimants filed any objections to the Plan.

14.     Class 27 Claims consists of the Secured Claims of Lenders and DILF Holders on the Supor Harrison Avenue Property and/or any other Property of the Estate of Supor Harrison Avenue.  None of the Class 27 Claimants filed any objections to the Plan.

I certify that the foregoing statements made by me are true.  If any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  September 20, 2024                    _/s/ Michael E. Holt_____
                                              Michael E. Holt


F0226354 - 1