| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Debtors<br>Michael E. Holt<br>mholt@formanlaw.com | |
| In Re:<br><br>Supor Properties Enterprises LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 24-13427 (SLM)<br><br>Judge: Hon. Stacey L. Meisel<br><br>(Jointly Administered)<br><br>Hearing Date: September 24, 2024<br>Hearing Time: 11:00 a.m. |

## ADJOURNMENT REQUEST

1. I, Michael E. Holt,

   ☒ am the attorney for: Debtors

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Debtors' Motion Authorizing and Approving the (i) Sale of Real Property, (ii) Assumption and Assignment of Executory Contracts and Unexpired Leases, (iii) Rejection of Unexpired Leases, and (iv) Granting Related Relief for property located at 1000 Frank E. Rodgers Blvd., Harrison, New Jersey [Doc. No. 195].

   Current hearing date and time: September 24, 2024 at 11:00 a.m.

   New date requested: October 1, 2024 at 11:00 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers are Supor Properties Enterprises LLC (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

F0226415 - 1

Reason for adjournment request: <u>The parties are discussing a possible resolution of this matter.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.        ☐ I do not have the consent of all parties.

I certify under penalty of perjury that the foregoing is true.

Date: September 19, 2024                    */s/ Michael E. Holt*
                                            Michael E. Holt

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: <u>10/1/2024 at 11:00 AM</u>        ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

F0226415 - 1                               2