| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Supor Properties Enterprises LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **24-13427** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 2, 2024**

X /s/ Joseph Supor III
Signature of individual signing on behalf of debtor

**Joseph Supor III**
Printed name

**Authorized Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Supor Properties Enterprises LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **24-13427**

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................  $ **83,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................  $ **12,148,445.12**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................  $ **95,148,445.12**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................  $ **95,000,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................  $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................  +$ **12,503,014.64**

4. **Total liabilities** ................................................................................................................................
    Lines 2 + 3a + 3b    $ **107,503,014.64**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Supor Properties Enterprises LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **24-13427** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   | | | | | |
   |---|---|---|---|---|
   | 3.1. | **Citizens** | **Checking** | **1665** | **$4,343.12** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    **$4,343.12**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 42,451.00 | - | 0.00 | = .... | $42,451.00 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

    **Accounts receivable**

Debtor   **Supor Properties Enterprises LLC**                                  Case number *(If known)* **24-13427**
         Name

| 12. | **Total of Part 3.** | | | | **$42,451.00** |
|---|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | | | |

### Part 4:   Investments
**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets
**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)
**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles
**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:   Machinery, equipment, and vehicles
**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:   Real property
**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1000 Frank E. Rodgers Boulevard, Harrison, NJ Lot 5.02, 17.02 & 1.02 Block 151,137 & 149** | **Equitable interest** | $0.00 | | $83,000,000.00 |

| Debtor | **Supor Properties Enterprises LLC** | Case number *(If known)* **24-13427** |
|---|---|---|
| | Name | |

56. **Total of Part 9.**      **$83,000,000.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential claims againt third parties, including Frank Mustilli, Joseph Mustilli and Glenn Thomas**<br>Nature of claim<br>Amount requested     $0.00 | **Unknown** |
| **Due from Supor Properties Harrison Avenue LLC**<br>Nature of claim<br>Amount requested     $168,544.00 | **$168,544.00** |
| **Due from JS Realty Properties, LLC**<br>Nature of claim<br>Amount requested     $1,400,960.00 | **$1,400,960.00** |
| **Due from S&B Realty**<br>Nature of claim<br>Amount requested     $5,291,140.00 | **$5,291,140.00** |

Debtor  **Supor Properties Enterprises LLC**  Case number *(If known)* **24-13427**
Name

**Due from Supor Manor Realty Group, LLC** — $363.00
Nature of claim
Amount requested  $363.00

**Due from Supor Properties Boonton, LLC** — $147,894.00
Nature of claim
Amount requested  $147,894.00

**Due from Supor Properties Devon LLC** — $489,767.00
Nature of claim
Amount requested  $489,767.00

**Due from Supor Proeprties Breiderhoft** — $1,100,705.00
Nature of claim
Amount requested  $1,100,705.00

**Due from SES LLC d/b/a Supor Enterprises Services** — $319,500.00
Nature of claim
Amount requested  $319,500.00

**Due from Shore Properties Associates North LLC** — $43,174.00
Nature of claim
Amount requested  $43,174.00

**Due from Supor Properties 136-1 Realty LLC** — $70,921.00
Nature of claim
Amount requested  $70,921.00

**Due from Supor-172 Realty** — $1,416,137.00
Nature of claim
Amount requested  $1,416,137.00

**Due from Supor Construction** — $97,000.00
Nature of claim
Amount requested  $97,000.00

**Due from Supor Peorpties 600 Urban Renewal, LLC** — $1,555,546.00
Nature of claim
Amount requested  $1,555,546.00

Debtor **Supor Properties Enterprises LLC**  Case number *(If known)* **24-13427**
Name

| | |
|---|---:|
| **Claims against American Dream Resorts, Ltd., RDA1: Supor Properties Enterprises LLC; RDA 2&3: Supor Properties Enterprises LLC; RDA 4: J Supor 136-1Realty LLC; RDA 5: Supor 172 Realty LLC; RDA 6: Supor Properties 600 Urban Renewal, LLC; Supor Studio City 2 LLC, Supor Studio City 3 LLC; Supor Studio City 4 LLC and Supor MT, LLC** | Unknown |
| Nature of claim | |
| Amount requested    $0.00 | |
| **Town of Harrison - Pending Property Tax Appeals for years 2020 and 2021** | Unknown |
| Nature of claim | |
| Amount requested    $0.00 | |
| **Claims against Joseph Comprelli and M&J Comprelli, LLC** | Unknown |
| Nature of claim | |
| Amount requested    $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **Membership Interest**<br>**RDA 1: Supor Properties Enterprises LLC**<br>**(Operating Agreement Terminated 02/15/2024)**<br>**(Subject of Adv. Pro. No. 24-1174-SLM)** | Unknown |
| **Membership Interest**<br>**RDA 2&3 Supor Properties Enterprises LLC**<br>**(Operating Agreement Terminated 02/15/2024)**<br>**(Subject of Adv. Pro. No. 24-1174-SLM)** | Unknown |

78. **Total of Part 11.**    $12,101,651.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | **Supor Properties Enterprises LLC** | Case number *(If known)* **24-13427** |
|---|---|---|
| | Name | |

### Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,343.12 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $42,451.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*........................> | | $83,000,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $12,101,651.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $12,148,445.12 | + 91b. $83,000,000.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $95,148,445.12 |

**Fill in this information to identify the case:**

Debtor name: **Supor Properties Enterprises LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **24-13427**

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Redevelopment Agreement** | |
| | State the term remaining | | **Harrison Redevelopment Agency**<br>**Attn: Paul Zarbetski, Esq.**<br>**318 Harrison Ave**<br>**Harrison, NJ 07029** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement related to parking for events taking place at Red Bulls Arena** | |
| | State the term remaining | | **Joseph Comprelli and M & J Comprelli, LLC**<br>**63 Tiffany Drive**<br>**East Hanover, NJ 07936** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Parking Facility Management Agreement between S&B Realty, the owner and M&J Comprelli, LLC, the operator** | |
| | State the term remaining | | **M & J Comprelli**<br>**63 Tiffany Drive**<br>**East Hanover, NJ 07936** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Supor Properties Enterprises LLC** | | Case number *(if known)* | **24-13427** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Limited Property Access Agreement** | |
| | State the term remaining | | **Railworks Track Services**<br>**600 Meadowlands Parkway. Suite 265**<br>**Secaucus, NJ 07094** |
| | List the contract number of any government contract | | |