UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin
*Court Appointed Mediator*

| | |
|---|---|
| In re:<br><br>SUPOR PROPERTIES ENTERPRISES LLC, et al.,<br><br>Debtor. | Case No.:     24-13427 (SLM)<br><br>Chapter:     11<br><br>Honorable Stacey L. Meisel |

## MEDIATION REPORT

Pursuant to the Court's directive at a status conference held on January 7, 2025, the dispute between Joseph Bezzone and J. Bezzone Inc. (collectively, the "Bezzones") and the Debtors, respecting the proofs of claim filed by the Bezzones and the objection filed by the Debtors, was referred to mediation.

1.  A settlement of this matter:

    ❐      was reached in concept, with some details to be resolved during drafting of agreement.

    ☒      was not reached.

2.  *[If a settlement was reached:]*

3.  Resolution of Adversary Proceeding:

    ❐      All outstanding issues have been resolved and the case may be closed in the normal course.

    ❐      There are issues that have not been resolved and the case shall remain open.

⊠      The matter addressed by the mediation does not apply to an adversary proceeding, nor does it address claims by the Bezzones or their affiliates against non-debtor affiliates of the Debtor.

Dated:      2/5/2025                            */s/ Jay L. Lubetkin*
                                                  Mediator's Signature