UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Forman Holt
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Michael E. Holt, Esq. (MEH-8735)
mholt@formanlaw.com
*Counsel for the Debtors*

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
David S. Catuogno, Esq (DSC-1397)
david.catuopno@klgates.com
*Special Counsel for the Debtors*

In re:

Supor Properties Enterprises LLC, *et al.*[1],

                    Debtors.

Order Filed on May 22, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No. 24-13427 (SLM)
Judge: Hon. Stacey L. Meisel
Chapter 11
(Jointly Administered)

## ORDER AMENDING JOINT SCHEDULING ORDER REGARDING MOTION TO DISALLOW CLAIMS OF JOSEPH BEZZONE, JR. AND J. BEZZONE INC.

The relief set forth on the following page numbered two is hereby **ORDERED.**

**Dated:**
**DATED: May 22, 2025**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

Page 2
Debtor: Supor Properties Enterprises LLC, *et al.*
Case No. 24-13427 (SLM)
Caption: Order Amending Joint Scheduling Order Regarding Motion to Disallow Claims of Joseph Bezzone, Jr. and J. Bezzone Inc.

The Court having held a telephonic conference on May 20, 2025, during which the parties provided an update on the status of the Motion for Summary Judgment filed by certain Debtors (the "Summary Judgment Motion")[ECF No.363] with respect to Debtors' Motion to Disallow the claims of Joseph Bezzone, Jr. and J. Bezzone Inc. (collectively, "Bezzone")[ECF No. 155]; and the Court finding good cause to amend the pretrial scheduling order of November 8, 2024 (the "Scheduling Order") [ECF No. 318]; it is therefore,

**ORDERED** that Bezzone's time to file Opposition to the Summary Judgment Motion is extended to May 27, 2025; and it is further

**ORDERED** that as set forth in the Scheduling Order, Debtors shall have fifteen (15) days from the filing of any Opposition pleading(s) by Bezzone within which to file a Reply; and it is further

**ORDERED** that other than the specific changes relative to the filing of Opposition and Reply papers set forth herein, the Scheduling Order shall remain in full force and effect and shall not be otherwise modified or amended in any way; and it is further

**ORDERED** that the Court will hold a hearing on the Summary Judgment Motion on June 23, 2025, at 10:00 a.m.