**MS&B**  McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

**Sari B. Placona**
**Direct Dial: (973) 721-5030**
**splacona@msbnj.com**
34360-003

April 9, 2026

**Via ECF**
Honorable Stacey L. Meisel
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

> **Re:    Supor Properties Enterprises LLC, et al.** [1]
> **Ch. 11; Case No. 24-13427 (SLM)**
> **(Jointly Administered)**

Dear Judge Meisel:

This firm represents the Town of Harrison ("Harrison") in the above referenced matter.

I am writing in connection with the hearing held on March 18, 2026 (the "Hearing"), regarding the (i) Motion for Order Compelling Debtors' Performance Under Confirmed First Amended Plan of Reorganization and/or Liquidation for Debtors (the "Motion") [ECF 478] and (ii) Harrison's Cross-Motion Requiring Conveyance of Real Properties Free and Clear of Liens, Claims, and Encumbrances (the "Cross Motion") [ECF 484]. The Motion was granted and the Cross-Motion was denied.

At the Hearing, Your Honor directed the sale of the Frank E. Rodgers properties to Harrison to close with within sixty (60) days.  The order granting the Motion has yet to be submitted to chambers. I have followed up numerous times with Debtors' counsel inquiring as to the status of the Order.  In addition, I write to inform the Court that Harrison has executed the Purchase and Sale Agreement (the "PSA") for the Frank E. Rodgers properties. The Debtors have yet to execute the PSA.  I am concerned and puzzled as to why the Debtors are stalling in consummating this transaction with Harrison.  As a result of the above, I respectfully request a status conference with Your Honor as soon as convenient for the Court.

As always, Your Honor's courtesy is much appreciated.

Respectfully submitted,

*/s/ Sari B. Placona*

Sari B. Placona

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).