**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for Town of Harrison*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 24-13427 (SLM)<br><br>(Jointly Administered) |

**TOWN OF HARRISON'S NOTICE OF MOTION (I) COMPELLING EXECUTION OF THE PURCHASE AND SALE AGREEMENT BY THE DEBTORS FOR THE FER PROPERTIES, OR IN THE ALTERNATIVE BY TOWN OF HARRISON AS ATTORNEY-IN-FACT, AND (II) AUTHORIZING THE TOWN OF HARRISON TO TENDER THE DEPOSIT UNDER THE PURCHASE AND SALE AGREEMENT INTO THE COURT TO CONSUMMATE THE TRANSACTION**

**PLEASE TAKE NOTICE** that on a date and time be set by the Court in an Order

Shortening time, counsel for Town of Harrison ("Town"), will move before the Honorable Stacy

L. Meisel, at the United States Bankruptcy Court, United States Courthouse, 50 Walnut Street,

3rd Floor, Courtroom 3A, Newark, New Jersey 07102, pursuant to the Town's Motion (I)

Compelling Execution of the Purchase and Sale Agreement ("PSA") by the Debtors[2] for the FER

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Supor Properties Enterprises (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

[2] See definition of Debtors at footnote 1.

Properties,[3] or in the Alternative by the Town as Attorney-in-Fact, and (II) Authorizing the Town to Tender the Deposit Under the PSA into the Court to Consummate the Transaction (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Town will rely upon the Certification of Paul J. Zarbetski in Support of the Motion, and Brief in Support of the Motion, and the proposed form of order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy in accordance with D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely objection is received in accordance with D.N.J. LBR 9013-3.

**PLEASE TAKE FURTHER NOTICE** that an Order granting the relief requested herein is submitted herewith and made part of the Motion herein.

> **MCMANIMON, SCOTLAND & BAUMANN, LLC**
> *Counsel for Town of Harrison*

Dated: April 23, 2026                    By:_____*/s/ Sari B. Placona*_____
                                                            Sari B. Placona

---

[3] Pursuant to the Motion, the FER Properties shall mean and consists of 1000 Frank E. Rodgers Boulevard, Harrison, New Jersey (lot 5.02 in block 151, lot 17.02 in block 137, and lot 1.02 in block 149); 1000 Frank E. Rodgers Boulevard, Harrison, New Jersey (lot 1.07 in block 136); and 1000 Frank E. Rodgers Boulevard, Harrison, New Jersey (lot 1 in block 172), in the Town of Harrison, County of Hudson and State of New Jersey.

2

4927-1998-3268, v. 1