UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Forman Holt**
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Michael E. Holt, Esq. (MEH-8735)
mholt@formanlaw.com
*Counsel for the Reorganized Debtors*

**K&L Gates LLP**
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
daniel.eliades@klgates.com
David S. Catuogno, Esq (DSC-1397)
david.catuogno@klgates.com
*Special Counsel for the Reorganized Debtors*

**Order Filed on June 17, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In re:

Supor Properties Enterprises LLC, *et al.*,[1]

Debtors.

Case No. 24-13427 (SLM)
(Jointly Administered)

Judge: Hon. Stacey L. Meisel
Chapter 11

Hearing Date:  May 12, 2026
Hearing Time: 11:00 a.m.

**ORDER FURTHER EXTENDING CLAIMS OBJECTION DEADLINE**

The relief set forth on the following page numbered two is hereby **ORDERED**.

**DATED: June 17, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification numbers are Supor Properties Enterprises LLC (5580), J Supor 136-1 Realty LLC (3205), Supor-172 Realty LLC (5662), Supor Properties Breiderhoft LLC (7258), Supor Properties Devon LLC (6357), Shore Properties Associates North LLC (6707), Supor Properties 600 Urban Renewal, LLC (8604), JS Realty Properties, LLC (2497) and Supor Properties Harrison Avenue LLC (1728).

{F0248111 - 1}

Page 2
Debtor:  Supor Properties Enterprises LLC, *et al.*
Case No. 24-13427 (SLM)
Caption:  Order Further Extending Claims Objection Deadline


THIS MATTER, having been brought before the Court upon the motion ("Motion") of Supor Properties Enterprises LLC, *et al.*, the debtors and reorganized debtors herein (collectively, the "Debtors"), through their attorneys, Forman Holt, for the entry of an order further extending the deadline to July 20, 2026 (the "Claims Objection Deadline") for the Debtors to file objections to proofs of claim filed in their respective chapter 11 cases; and the Court having considered the Motion; and it appearing to the Court that the relief requested is in the best interests of the Debtors' estates; and for good cause shown; it is hereby ordered that:

1.     The Motion is GRANTED, as set forth herein.

2.     The Claims Objection Deadline in the Debtors' chapter 11 cases is extended through and including July 20, 2026.

{F0248111 - 1}
4911-1090-0131, v. 1