Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–13427–SLM
Chapter:  11
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Supor Properties Enterprises LLC
    433 Bergen Avenue
    Kearny, NJ 07032

Social Security No.:

Employer's Tax I.D. No.:
    37–1865580

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on  at

to consider and act upon the following:

*532* – ORDER MODIFYING MAY 22, 2026, ORDER [ECF NO. 525] MODIFYING ORDER DATED MAY 13, 2026 [ECF NO. 509] COMPELLING FER DEBTORS PERFORMANCE UNDER CONFIRMEDFIRST AMENDED PLAN REGARDING FER PROPERTIES (related document:525). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/12/2026. (ntp)

*539* – Immediate Conference Hearing Scheduled. (related document:532 ORDER MODIFYING MAY 22, 2026, ORDER [ECF NO. 525] MODIFYING ORDER DATED MAY 13, 2026 [ECF NO. 509] COMPELLING FER DEBTORS PERFORMANCE UNDER CONFIRMEDFIRST AMENDED PLAN REGARDING FER PROPERTIES (related document:525). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/12/2026. (ntp)) Hearing scheduled for 6/18/2026 at 02:00 PM, by phone – Judge Meisel: visit www.court–solutions.com or www.njb.uscourts.gov for more information.. (ntp)

Dated: 6/18/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court