UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Forman Holt
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201)845-1000
Facsimile: (201)655-6650
Michael E. Holt
mholt@formanlaw.com
*Counsel for the Reorganized Debtors*

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
daniel.eliades@klgates.com
david.catuogno@klgates.com
*Special Counsel for the Reorganized Debtors*

| | |
|---|---|
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*,[1]<br><br>     Debtors. | Case No. 24-13427 (SLM)<br>Judge: Stacey L. Meisel<br>Chapter 11<br><br>(Jointly Administered)<br><br><br>Hearing Date: June 25, 2026<br><br>Hearing Time: 3:00 p.m. |

**REORGANIZED DEBTOR WITNESS AND EXHIBIT LIST**

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

320697473.7

Supor Property Enterprises LLC ("Supor Enterprises"), J Supor 136-1 Realty LLC ("Supor 136"), Supor-172 Realty LLC ("Supor 172"), and Supor Properties 600 Urban Renewal, LLC ("Supor 600") (collectively, the "Debtors" or "Borrowers") submit this witness and exhibit list in connection with the hearing in the above captioned matter conditionally scheduled for June 25, 2026, at 3:00 p.m. (the "Hearing").

## WITNESSES

1. Debtors anticipate calling all, some or none of the following witnesses to testify at the Hearing:

    a. Joseph Supor, III

    b. Kellen Murphy

    c. Michele Caporin

    d. Rebuttal and impeachment witnesses, subject to the right of parties in interest to object on any grounds.

2. At a hearing on June 22, 2026, Debtors and Everest Blue Capital LLC ("Everest Capital" or "Lender") agreed that the Declaration of Joseph Supor, III listed as Exhibit 29 below (ECF 512-2) and the Certification of Michele Caporin listed at Exhibit 30 below (ECF 544) shall be admitted into evidence as the direct testimony of Joseph Supor III and Michele Caporin in lieu of live testimony, subject to cross examination by parties in interest.

## EXHIBITS

3. At the Hearing, Debtors anticipate referring to the Exhibits below, marking the Exhibits below for identification purposes, and/or requesting that all or some of the Exhibits below be admitted into evidence. At a hearing on June 22, 2026, Everest Capital stipulated or consented to the admission into evidence of the Exhibits as identified in the chart below.

2

320697473.7

| Exhibit | Description of Exhibit | Offered | Admitted | Disposition |
|---|---|---|---|---|
| 1 | 5/12/26 Payment Detail - $100,000 Deposit – Frank E. Rodgers, 172 and 136<br><br>*Hearing Binder – Tab 1* | Stipulated by Everest Capital on June 22, 2026 | | |
| 2 | 5/12/26 Payment Detail - $100,000 Deposit – 600 Guyon Drive, Harrison<br><br>*Hearing Binder – Tab 2* | Stipulated by Everest Capital on June 22, 2026 | | |
| 3 | 5/13/26 Everest Blue Capital Loan Commitment – 600 Guyon Drive, Harrison, NJ<br><br>*Hearing Binder – Tab 3* | Stipulated by Everest Capital on June 22, 2026 | | |
| 4 | 5/13/26 Everest Blue Capital Loan Commitment – 1000 Frank E. Rodgers Blvd., Harrison, NJ<br><br>*Hearing Binder – Tab 4* | Stipulated by Everest Capital on June 22, 2026 | | |
| 5 | Transcript of 5/20/26 Hearing on Debtor's Emergency Motion to Modify Court Order Dated May 13, 2026<br><br>*Hearing Binder – Tab 5* | | | |
| 6 | 5/22/26 Order Modifying Order Dated May 13, 2026 [ECF No. 509] Compelling FER Debtors' Performance Under Confirmed First Amended Plan Regarding FER Properties [ECF No. 525]<br><br>*Hearing Binder – Tab 6* | | | |
| 7 | 6/12/26 Order Modifying May 22, 2026, Order [ECF No. 525] Modifying Order | | | |

320697473.7

| Exhibit | Description of Exhibit | Offered | Admitted | Disposition |
|---|---|---|---|---|
| | Dated May 13, 2026 [ECF 509] Compelling FER Debtors' Performance Under Confirmed First Amended Plan Regarding FER Properties [ECF No. 532] *Hearing Binder – Tab 7* | | | |
| 8 | 6/17/26 Consent Order Confirming the Redevelopment Agreement [ECF 537] *Hearing Binder – Tab 8* | | | |
| 9 | 6/17/26 Email from Paul Kaufman to Charlie Wilkes approving closing statement *Hearing Binder – Tab 9* | Stipulated by Everest Capital on June 22, 2026 | | |
| 10 | 6/17/26 Email from Jerry Feuerstein to Charlie Wilkes approving closing statement *Hearing Binder – Tab 10* | Stipulated by Everest Capital on June 22, 2026 | | |
| 11 | Final Closing Statement for FER Loan *Hearing Binder – Tab 11* | Stipulated by Everest Capital on June 22, 2026 | | |
| 12 | Final Closing Statement for Guyon Loan *Hearing Binder – Tab 12* | Stipulated by Everest Capital on June 22, 2026 | | |
| 13 | 6/17/26 Email form Kellen Murphy to Paul Kaufman 7:29 p.m. *Hearing Binder – Tab 13* | Stipulated by Everest Capital on June 22, 2026 | | |
| 14 | 6/17/26 E-mail from Kellen Murphy to Antoinette Kennedy | Stipulated by Everest Capital on | | |

4

| Exhibit | Description of Exhibit | Offered | Admitted | Disposition |
|---|---|---|---|---|
| | Exhibit A – Joint Resolution and Written Consent (FER)<br><br>Exhibit B – Affidavit of Title (FER)<br><br>Exhibit C – Opinion Letter (FER)<br><br>Exhibit D – Resolution and Consent (Guyon)<br><br>Exhibit E – Affidavit of Title (600 Guyon)<br><br>Exhibit F – Opinion Letter (600 Guyon)<br><br>*Hearing Binder – Tab 14* | June 22, 2026 | | |
| 15 | Kriss & Feuerstein LLP Escrow Letter<br><br>*Hearing Binder – Tab 15* | Stipulated by Everest Capital on June 22, 2026 | | |
| 16 | 6/17/26 Kriss & Feuerstein LLP Letter to Title Company with signed closing documents<br><br>*Hearing Binder – Tab 16* | Stipulated by Everest Capital on June 22, 2026 | | |
| 17 | Release of Property from Notice of Lis Pendens<br><br>*Hearing Binder – Tab 17* | Stipulated by Everest Capital on June 22, 2026 | | |
| 18 | UCC-3 Partial Release<br><br>*Hearing Binder – Tab 18* | Stipulated by Everest Capital on June 22, 2026 | | |

320697473.7

| Exhibit | Description of Exhibit | Offered | Admitted | Disposition |
|---|---|---|---|---|
| 19 | Partial Release of Lien of Mortgage (FER and 600 Guyon)<br><br>*Hearing Binder – Tab 19* | Stipulated by Everest Capital on June 22, 2026 | | |
| 20 | Partial Release of Assignment of Leases and Rents (FER and 600 Guyon)<br><br>*Hearing Binder – Tab 20* | Stipulated by Everest Capital on June 22, 2026 | | |
| 21 | Deed – 1000 Frank E. Rodgers Blvd Owner LLC to J Supor 136-1 Realty LLC<br><br>*Hearing Binder – Tab 21* | Stipulated by Everest Capital on June 22, 2026 | | |
| 22 | Deed - 1000 Frank E. Rodgers Blvd Owner LLC to Supor Properties Enterprises LLC<br><br>*Hearing Binder – Tab 22* | Stipulated by Everest Capital on June 22, 2026 | | |
| 23 | Deed - 1000 Frank E. Rodgers Blvd Owner LLC to Supor-172 Realty LLC<br><br>*Hearing Binder – Tab 23* | Stipulated by Everest Capital on June 22, 2026 | | |
| 24 | Deed – 600 Guyon Owner LLC to Supor Properties 600 Urban Renewal LLC<br><br>*Hearing Binder – Tab 24* | Stipulated by Everest Capital on June 22, 2026 | | |
| 25 | 6/17/26 - FER Proforma Title Policy<br><br>*Hearing Binder – Tab 25* | Stipulated by Everest Capital on June 22, 2026 | | |

320697473.7

| Exhibit | Description of Exhibit | Offered | Admitted | Disposition |
|---------|----------------------|---------|----------|-------------|
| 26 | 6/17/26 - 600 Guyon Proforma Title Policy<br><br>*Hearing Binder – Tab 26* | Stipulated by Everest Capital on June 22, 2026 | | |
| 27 | FER Marked Up Title Policy<br><br>*Hearing Binder – Tab 27* | Stipulated by Everest Capital on June 22, 2026 | | |
| 28 | 600 Guyon Marked Up Title Policy<br><br>*Hearing Binder – Tab 28* | Stipulated by Everest Capital on June 22, 2026 | | |
| 29 | 5/15/26 – Declaration of Joseph Supor III [Docket No. 512-2]<br><br>*Hearing Binder – Tab 29* | As direct testimony | | |
| 30 | 6/22/26 – Certification of Michele Caporin [Docket No. 544]<br><br>*Hearing Binder – Tab 30* | As direct testimony | | |
| 31 | 5/22/26 – Transcript of Status Conference on Competing Orders before the Honorable Stacey L. Meisel, USBCJ<br><br>*Hearing Binder – Tab 31* | | | |
| 32 | 6/8/26 – Transcript of Status Conference on Competing Orders before the Honorable Stacey L. Meisel, USBCJ<br><br>*Hearing Binder – Tab 32 (TBS)* | | | |

7

| Exhibit | Description of Exhibit | Offered | Admitted | Disposition |
|---------|----------------------|---------|----------|-------------|
| 33 | 6/22/26 – Transcript of Emergency Hearing to Compel Funding before the Honorable Stacey L. Meisel, USBCJ<br><br>*Hearing Binder – Tab 33* | | | |
| 34 | E-mail exchange of 6/22/26 – 6/24/26<br><br>*Hearing Binder – Tab 34* | | | |

Dated: June 24, 2026

Respectfully submitted,

K&L Gates LLP

*/s/ Daniel M. Eliades*

**K&L GATES LLP**
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
Daniel.Eliades@klgates.com
David S. Catuogno, Esq (DSC-1397)
David.Catuogno@klgates.com
*Special Counsel for the Reorganized Debtors*

**FORMAN HOLT**
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Michael E. Holt, Esq. (MEH-8735)
mholt@formanlaw.com
*Counsel for the Reorganized Debtors*

8

320697473.7