Form tsntc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−13427−SLM
Chapter:  11
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Supor Properties Enterprises LLC
433 Bergen Avenue
Kearny, NJ 07032

Social Security No.:

Employer's Tax I.D. No.:
37−1865580

### Notice That a Transcript Has Been Filed

You are Noticed that a Transcript has been filed on 6/22/26. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: June 23, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 24-13427-SLM

Supor Properties Enterprises LLC                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                              Page 1 of 6

Date Rcvd: Jun 23, 2026                 Form ID: tsntc                            Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supor Properties Enterprises LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| br | + | CBRE, Inc., 250 Pehle Avenue, Suite 600, Saddle Brook, NJ 07663-5837 |
| md | + | Jay L. Lubetkin (Mediator), Rabinowitz Lubetkin and Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livngston, NJ 07039-1711 |
| cr | + | Joseph Bezzone, 116 Park Avenue, Shrewsbury, NJ 07702-4412 |
| cr | + | Joseph Comprelli, c/o SWHS&C LLP, 1 Harmon Meadow Blvd Suite 201, Secaucus, NJ 07094-3648 |
| sp | + | K&L Gates LLP, One Newark Center, 1085 Raymond Boulevard Tenth Floor, Newark, NJ 07102-5218 |
| cr | + | Machinery Values, Inc., c/o Anthony J. D'Artiglio, Esq., Ansell Grimm & Aaron, P.C., 365 Rifle Camp Road, Woodland Park, NJ 07424-2775 |
| intp | + | Redevelopment Capital Holdings, LLC, Giordano Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jun 23 2026 20:53:22 | Formanlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | ^ | MEBN | Jun 23 2026 20:53:23 | Formanlaw LLC d/b/a Forman Holt, 365 West Passaicc Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: sraquetcpa@outlook.com | Jun 23 2026 20:58:00 | Sean Raquet CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| intp | + | Email/Text: panynjbankruptcynotices@panynj.gov | Jun 23 2026 20:58:00 | The Port Authority of New York and New Jersey, 4 World Trade Center, 150 Greenwich St., New York, NY 10007-2364 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-2                          User: admin                          Page 2 of 6
Date Rcvd: Jun 23, 2026                       Form ID: tsntc                        Total Noticed: 14

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Creditor Harrison Redevelopment Agency asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Harrison  Town of asodono@msbnj.com |
| Anthony J D'Artiglio | on behalf of Creditor Machinery Values  Inc. ADARTIGLIO@ANSELL.LAW, courtfilings@ansellgrimm.com |
| Brian P Graffeo | on behalf of Defendant Antong He graffeo@wgslawyers.com  rutkowski@wgslawyers.com |
| Brian P Graffeo | on behalf of Defendant H Holdco  LLC graffeo@wgslawyers.com, rutkowski@wgslawyers.com |
| Brian P Graffeo | on behalf of Defendant H Capital Holdings  LLC graffeo@wgslawyers.com, rutkowski@wgslawyers.com |
| Brian P Graffeo | on behalf of Defendant Accordia Harrison Urban Renewal  LLC graffeo@wgslawyers.com, rutkowski@wgslawyers.com |
| Brian P Graffeo | on behalf of Defendant East One Harrison Urban Renewal  LLC graffeo@wgslawyers.com, rutkowski@wgslawyers.com |
| Caitlin Conklin | on behalf of Plaintiff Supor-172 Realty LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Supor Properties Breiderhoft LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Plaintiff Marital Trust under the Last Will and Testament of Joseph Supor  Jr. caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Shore Properties Associates North LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Plaintiff JS Realty Properties  LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Supor Properties Enterprises LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Supor-172 Realty LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor JS Realty Properties  LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Plaintiff Supor Properties Enterprises LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Plaintiff Supor Properties 600 Urban Renewal  LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Supor Properties Harrison Avenue LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Plaintiff J Supor 136-1 Realty LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Supor Properties Devon LLC caitlin.conklin@klgates.com |

District/off: 0312-2       User: admin       Page 3 of 6

Date Rcvd: Jun 23, 2026       Form ID: tsntc       Total Noticed: 14

Caitlin Conklin
on behalf of Debtor Supor Properties 600 Urban Renewal  LLC caitlin.conklin@klgates.com

Caitlin Conklin
on behalf of Plaintiff Supor Properties-400 Limited Liability Company caitlin.conklin@klgates.com

Caitlin Conklin
on behalf of Debtor J Supor 136-1 Realty LLC caitlin.conklin@klgates.com

Caitlin Conklin
on behalf of Plaintiff Supor Family  L.L.C. caitlin.conklin@klgates.com

Charles M. Forman
on behalf of Debtor Supor Properties Devon LLC cforman@formanlaw.com

Charles M. Forman
on behalf of Debtor Supor Properties Harrison Avenue LLC cforman@formanlaw.com

Charles M. Forman
on behalf of Debtor Shore Properties Associates North LLC cforman@formanlaw.com

Charles M. Forman
on behalf of Debtor JS Realty Properties  LLC cforman@formanlaw.com

Charles M. Forman
on behalf of Debtor Supor Properties 600 Urban Renewal  LLC cforman@formanlaw.com

Charles M. Forman
on behalf of Debtor Supor Properties Enterprises LLC cforman@formanlaw.com

Charles M. Forman
on behalf of Debtor Supor Properties Breiderhoft LLC cforman@formanlaw.com

Charles M. Forman
on behalf of Debtor Supor-172 Realty LLC cforman@formanlaw.com

Charles M. Forman
on behalf of Debtor J Supor 136-1 Realty LLC cforman@formanlaw.com

Daniel M. Eliades
on behalf of Debtor Shore Properties Associates North LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Debtor Supor Properties 600 Urban Renewal  LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Debtor Supor Properties Devon LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Plaintiff Marital Trust under the Last Will and Testament of Joseph Supor  Jr. daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Plaintiff JS Realty Properties  LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Debtor Supor-172 Realty LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Plaintiff J Supor 136-1 Realty LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Debtor JS Realty Properties  LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Debtor Supor Properties Harrison Avenue LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Plaintiff Supor Properties Enterprises LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Plaintiff Supor Properties-400 Limited Liability Company daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Plaintiff Supor Family  L.L.C. daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Debtor Supor Properties Breiderhoft LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Debtor Supor Properties Enterprises LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Debtor J Supor 136-1 Realty LLC daniel.eliades@klgates.com

District/off: 0312-2    User: admin    Page 4 of 6

Date Rcvd: Jun 23, 2026    Form ID: tsntc    Total Noticed: 14

Daniel M. Eliades
on behalf of Plaintiff Supor Properties 600 Urban Renewal  LLC daniel.eliades@klgates.com

Daniel M. Eliades
on behalf of Plaintiff Supor-172 Realty LLC daniel.eliades@klgates.com

Daniel N. Zinman
on behalf of Creditor 1000 Frank E. Rogers 1 LLC and Frank E. Rodgers 2 LLC dzinman@kandfllp.com
foreclosure@kandfllp.com;jgladstone@kandfllp.com

David L. Stevens
on behalf of Defendant Joseph Comprelli dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
o@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

David L. Stevens
on behalf of Defendant M & J Comprelli  LLC dstevens@scura.com,
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
o@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

David L. Stevens
on behalf of Creditor Joseph Comprelli dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
o@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

David S. Catuogno
on behalf of Debtor Supor Properties Enterprises LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Plaintiff J Supor 136-1 Realty LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Plaintiff Supor Family  L.L.C. david.catuogno@klgates.com

David S. Catuogno
on behalf of Plaintiff Marital Trust under the Last Will and Testament of Joseph Supor  Jr. david.catuogno@klgates.com

David S. Catuogno
on behalf of Debtor JS Realty Properties  LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Debtor Supor Properties Breiderhoft LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Debtor J Supor 136-1 Realty LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Debtor Supor-172 Realty LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Debtor Supor Properties Harrison Avenue LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Plaintiff JS Realty Properties  LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Debtor Shore Properties Associates North LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Plaintiff Supor-172 Realty LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Debtor Supor Properties Devon LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Debtor Supor Properties 600 Urban Renewal  LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Plaintiff Supor Properties 600 Urban Renewal  LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Plaintiff Supor Properties Enterprises LLC david.catuogno@klgates.com

David S. Catuogno
on behalf of Plaintiff Supor Properties-400 Limited Liability Company david.catuogno@klgates.com

Donald F. Campbell, Jr.
on behalf of Interested Party Redevelopment Capital Holdings  LLC dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Eric S. Chafetz
on behalf of Defendant Ideanomics Inc. echafetz@lowenstein.com  elawler@lowenstein.com

Jay L. Lubetkin

District/off: 0312-2
User: admin
Page 5 of 6

Date Rcvd: Jun 23, 2026
Form ID: tsntc
Total Noticed: 14

on behalf of Mediator Jay L. Lubetkin (Mediator) jlubetkin@rltlawfirm.com rgaydos@rltlawfirm.com

Jerold C. Feuerstein

on behalf of Creditor 1000 Frank E. Rogers 1 LLC and Frank E. Rodgers 2 LLC jfeuerstein@kandfllp.com dzinman@kandfllp.com;jgladstone@kandfllp.com;litigation@kandfllp.com

Jesse Eisenberg

on behalf of Spec. Counsel JDE Law Firm PLLC jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant RDA 6: Supor Properties 600 Urban Renewal LLC jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant Supor MT LLC jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant RDA 4: J Supor 136-1Realty LLC jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant Supor Studio City 4 LLC jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant Supor Studio City 2 LLC jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant RDA 5: Supor 172 Realty LLC jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant RDA 2&3: Supor Properties Enterprises LLC jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant RDA1: Supor Properties Enterprises LLC jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant American Dream Resorts Ltd. jesse@jdelaw.nyc

Jesse Eisenberg

on behalf of Defendant Supor Studio City 3 LLC jesse@jdelaw.nyc

John M. August

on behalf of Interested Party The Port Authority of New York and New Jersey jaugust@saiber.com rtucker@saiber.com

John M. August

on behalf of Interested Party The Port Authority Trans-Hudson Corporation jaugust@saiber.com rtucker@saiber.com

John W. Weiss

on behalf of Creditor Joseph Mustilli jweiss@pashmanstein.com gkarnick@pashmanstein.com

John W. Weiss

on behalf of Creditor Frank Mustilli jweiss@pashmanstein.com gkarnick@pashmanstein.com

Marissa Nicole Kindberg

on behalf of Creditor Joseph Bezzone mkindberg@acllp.com

Mark A Berman

on behalf of Defendant Metropolis Tennessee LLC mberman@hdrbb.com

Mark A Berman

on behalf of Defendant SP Plus Corporation mberman@hdrbb.com

Michael E. Holt

on behalf of Debtor J Supor 136-1 Realty LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt

on behalf of Plaintiff Supor Properties 600 Urban Renewal LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor-172 Realty LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor Properties Breiderhoft LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt

on behalf of Plaintiff J Supor 136-1 Realty LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Shore Properties Associates North LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt

on behalf of Plaintiff Supor Properties Enterprises LLC mholt@formanlaw.com kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor Properties Devon LLC mholt@formanlaw.com kanema@formanlaw.com

District/off: 0312-2                           User: admin                                           Page 6 of 6
Date Rcvd: Jun 23, 2026                       Form ID: tsntc                                   Total Noticed: 14

Michael E. Holt

on behalf of Debtor Supor Properties Harrison Avenue LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Plaintiff Supor-172 Realty LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor Properties 600 Urban Renewal  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor JS Realty Properties  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor Properties Enterprises LLC mholt@formanlaw.com  kanema@formanlaw.com

Reymond Yammine

on behalf of Plaintiff Supor Properties Enterprises LLC reymond.yammine@klgates.com

Ryan T. Jareck

on behalf of Creditor Advance at Harrison LLC rjareck@coleschotz.com  fpisano@coleschotz.com

Sari Blair Placona

on behalf of Creditor Harrison  Town of splacona@msbnj.com

Sari Blair Placona

on behalf of Creditor Harrison Redevelopment Agency splacona@msbnj.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Warren A. Usatine

on behalf of Creditor Advance at Harrison LLC wusatine@coleschotz.com  fpisano@coleschotz.com;ddelehanty@coleschotz.com

William L. Waldman

on behalf of Counter-Defendant Supor Properties 600 Urban Renewal  LLC william.waldman@klgates.com, waldmanw@aol.com

William L. Waldman

on behalf of Plaintiff J Supor 136-1 Realty LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Plaintiff Supor Properties Enterprises LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Plaintiff Supor-172 Realty LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Plaintiff Supor Properties 600 Urban Renewal  LLC william.waldman@klgates.com, waldmanw@aol.com

William L. Waldman

on behalf of Debtor Supor Properties Enterprises LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Debtor Supor-172 Realty LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Debtor Supor Properties 600 Urban Renewal  LLC william.waldman@klgates.com, waldmanw@aol.com

TOTAL: 121