UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Forman Holt
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Michael E. Holt, Esq. (MEH-8735)
*Counsel for the Reorganized Debtors*

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
*Special Counsel for the Reorganized Debtors*

**Order Filed on June 29, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In re:

Supor Properties Enterprises LLC, *et al.*,

Debtors.

Case No. 24-13427 (SLM)
(Jointly Administered)

Judge: Hon. Stacey L. Meisel
Chapter 11

Hearing Dates: June 18, 22 and 26, 2026

**ORDER (I) MODIFYING JUNE 12, 2026, ORDER [ECF NO. 532]
EXTENDING CLOSING DEADLINE AND (II) COMPELLING EVEREST
BLUE CAPITAL LLC TO FUND AND CLOSE PROPOSED
REFINANCING TRANSACTIONS PURSUANT TO TERMS OF MAY 13,
2026 LOAN COMMITMENTS AND JUNE 11, 2026 LOAN DOCUMENTS**

The relief set forth on the following pages, numbered two (2) through six (6), is hereby

**ORDERED**.

**DATED: June 29, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1613655873.1

Page - 2
Debtor:    Supor Properties Enterprises, LLC, *et al*
Case No.:    24-13427 (SLM)
Caption:    *Order (i) Modifying June 12, 2026, Order [ECF No. 532] Extending Closing Deadline and (ii) Compelling Everest Blue Capital LLC to Fund and Close Proposed Refinancing Transactions Pursuant to Terms of May 13, 2026 Loan Commitments and June 11, 2026 Loan Agreements*

**THIS MATTER**, having been presented to the Court upon (I) the oral application of debtors, Supor Properties, Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC, the debtors and reorganized debtors (each an "FER Debtor" and collectively the "FER Debtors") and Supor Properties 600 Urban Renewal, LLC (the "Guyon Debtor" and, collectively with the FER Debtors, the "Debtors/Borrowers") for an Order Compelling Everest Blue Capital LLC ("Everest Capital") to (i) fund and close a loan to the FER Debtors in the principal amount of $49 million (the "FER Loan") pursuant to the terms of the loan commitment from Everest Capital to the FER Debtors dated May 13, 2026, (the "Everest Capital FER Loan Commitment") and the loan agreements and documents executed by the FER Debtors on June 11, 2026 and conveyed to Everest Capital in escrow pending funding and closing of the FER Loan (the "FER Loan Agreements"); and (ii) fund and close a loan to the Guyon Debtor in the principal amount of $17 million (the "Guyon Loan" and collectively with the FER Loan, the "Everest Capital Loans") pursuant to the terms of the loan commitment from Everest Capital to the Guyon Debtor dated May 13, 2026, (the "Everest Capital Guyon Loan Commitment" and together with the Everest Capital FER Loan Commitment, the "Everest Capital Loan Commitments") and the loan agreements and documents executed by the Guyon Debtor on June 11, 2026, and conveyed to Everest Capital in escrow pending funding and closing of the loan (the "Guyon Loan Agreements") (the "Application to Compel Loan Funding and Closing"), and (II) the oral application of the Town of Harrison and the Harrison Redevelopment Agency ("HRA") seeking an Order compelling the FER Debtors to convey the real properties commonly known as 1000 Frank E Rodgers Blvd.,

**Error! No document variable supplied.**

Page - 3
Debtor:   Supor Properties Enterprises, LLC, *et al*
Case No.:   24-13427 (SLM)
Caption:   *Order (i) Modifying June 12, 2026, Order [ECF No. 532] Extending Closing Deadline and (ii) Compelling Everest Blue Capital LLC to Fund and Close Proposed Refinancing Transactions Pursuant to Terms of May 13, 2026 Loan Commitments and June 11, 2026 Loan Agreements*

Harrison New Jersey (the "FER Properties") in the event the Everest Capital Loan does not fund and close as directed herein; and the Court having conducted a telephonic hearing on June 18, 2026, and in person evidentiary hearings on June 22 and June 26, 2026, the Debtors appearing through their counsel Forman Holt (Michael E. Holt, Esq. appearing) special counsel K&L Gates (Daniel M. Eliades, Esq. and David S. Catuogno, Esq. appearing) and transactional counsel Murphy, Schiller & Wilkes (Kellen Murphy, Esq., appearing) and the HRA appearing through counsel McManimon, Scotland and Bauman (Anthony Sodono, Esq. and Sari Placona, Esq. appearing) and Castano Quigley and Cherami (James Bruno, Esq. appearing) and secured lenders 1000 Frank E Rodgers 1 LLC and 1000 Frank E Rodgers 1 LLC appearing through counsel Kriss & Feuerstein (Jerold Feuerstein, Esq. appearing) and Everest Capital appearing through counsel DeCotiis and Fitpatrick (Paul Kaufman, Esq. and Sean W. Fogarty, Esq. appearing)  and Greg Paster & Associates (Greg Paster, Esq., appearing); and the Court having considered the sworn testimony of Alex Wu, the documents admitted into evidence by the FER Debtors on June 26, 2026 and the arguments of counsel; and the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein; and the parties having consented to the relief set forth herein; and for the reasons set forth on the record during the June 26, 2026, hearing; it is hereby

     **ORDERED** that:

1.    The Application to Compel Loan Funding and Closing is granted, as set forth herein.

**Error! No document variable supplied.**

Page - 4
Debtor:    Supor Properties Enterprises, LLC, *et al*
Case No.:  24-13427 (SLM)
Caption:   *Order (i) Modifying June 12, 2026, Order [ECF No. 532] Extending Closing Deadline and (ii) Compelling Everest Blue Capital LLC to Fund and Close Proposed Refinancing Transactions Pursuant to Terms of May 13, 2026 Loan Commitments and June 11, 2026 Loan Agreements*

2.      On or before 7:00 p.m. eastern time on June 30, 2026, Everest Capital shall fund and close the $49 million FER Loan to the FER Debtors pursuant to the terms of the Everest Capital FER Loan Commitment and the FER Loan Agreements, without satisfaction of any additional conditions by the FER Debtors, and subject only to updating the closing statement for the FER Loan to the date the loan is funded and closed by Everest Capital.

3.      On or before 7:00 p.m. eastern time on June 30, 2026, Everest Capital shall fund and close the $17 million Guyon Loan to the Guyon Debtor pursuant to the terms of the Everest Capital Guyon Loan Commitment and the Guyon Loan Agreements, without satisfaction of any additional conditions by the Guyon Debtor, and subject only to updating the closing statement for the Guyon Loan to the date the loan is funded and closed by Everest Capital.

4.       The FER Debtors shall provide Everest Capital with (i) a collateral assignment of that certain parking agreement between the FER Debtors and Metropolis Tennessee LLC effective as of the funding and closing of the FER Loan; and (ii) an invoice for the fees due to Global International Advisors LLC listed as a line item in the closing statements for the Everest Capital Loans (the "Pre-Closing Clarifications") by no later than 10:00 a.m. on Monday June 29, 2026[1]. Everest Capital shall not require or be entitled to any further submissions or clarifications to close the Everest Capital Loans and all conditions precedent for the funding of the Everest Capital Loans under the Everest Capital Loan Commitments have been satisfied. The Pre-Closing Clarifications are not required for or a condition of closing of the Everest Capital Loans pursuant to the Everest

---

[1] The Court notes that this deadline occurred prior to the entry of this Order on the docket and notes that the Debtors have represented that the Pre-Closing Clarifications were provided prior to the 10:00 a.m. deadline.

Page - 5
Debtor:    Supor Properties Enterprises, LLC, *et al*
Case No.: 24-13427 (SLM)
Caption:    *Order (i) Modifying June 12, 2026, Order [ECF No. 532] Extending Closing Deadline and (ii) Compelling Everest Blue Capital LLC to Fund and Close Proposed Refinancing Transactions Pursuant to Terms of May 13, 2026 Loan Commitments and June 11, 2026 Loan Agreements*

Capital Loan Commitments and, to the extent the Everest Capital Loans do not close, the provision of same shall not be deemed as waiver of any of the Debtors/Borrowers rights and claims relative to Everest Capital's failure to close the Everest Capital Loans.

5.    The deadline for the funding and closing of the Everest Capital Loans (the "Everest Capital Loan Closing Deadline") originally set in the Court's June 12, 2026 Order [ECF No. 532] at Wednesday, June 17, 2026, and thereafter extended to June 25, 2026 by oral order of the Court at the June 22, 2026 hearing, is extended to 7:00 p.m. eastern time on June 30, 2026.

6.    If the FER Loan is fully funded and closes on or before the Everest Capital Loan Closing Deadline: (i) the loan proceeds shall be distributed consistent with this Court's May 22, 2026, Order [ECF No. 525]; and (ii) the FER Debtors shall have the right to terminate the Harrison PSA[2] on written notice to the Town of Harrison on or before July 1, 2026 ("FER Debtors' Termination Right").

7.    If the FER Debtors exercise the FER Debtors' Termination Right as and when set forth herein: (i) any deposit under the Harrison PSA shall be returned to the Town of Harrison; (ii) the Town of Harrison shall be entitled to a termination fee from the FER Debtors for its actual damages arising from the termination of the Harrison PSA, but, in any event, not less than $100,000 as the extent and in satisfaction of the Town of Harrison's claim(s) against the FER Debtors under the Harrison PSA (the "PSA Termination Fee"); (iii) the full amount of the PSA

---

[2] *Capitalized terms not otherwise defined herein shall have the same meaning as defined in the Emergent Motion for Modification of Order Dated May 13, 2026 [ECF No. 509] Compelling FER Debtors' Performance Under Confirmed First Amended Plan and for Related Relief [ECF No. 512].*

Page - 6

Debtor:   Supor Properties Enterprises, LLC, *et al*

Case No.: 24-13427 (SLM)

Caption:   *Order (i) Modifying June 12, 2026, Order [ECF No. 532] Extending Closing Deadline and (ii) Compelling Everest Blue Capital LLC to Fund and Close Proposed Refinancing Transactions Pursuant to Terms of May 13, 2026 Loan Commitments and June 11, 2026 Loan Agreements*

Termination Fee shall be set aside and paid at closing from the proceeds of the FER Loan; and (iv) the Closing Documents shall be returned by Title Agent to FER Debtors.

8.     If the fully funded FER Loan does <u>not</u> close on or before the Everest Capital Loan Closing Deadline, and the Everest Capital Loan Closing Deadline is not otherwise extended by agreement of the FER Debtors, Everest Capital, the Town of Harrison and the HRA, and the FER Debtors' Secured Creditors or by order of the Court, (i) the FER Debtors' Termination Right shall expire; (ii) the FER Debtors shall advise the HRA no later than 12:00 p.m. eastern  time on July 1, 2026, that the FER Loan did not fund and close; (iii) upon funding by the Town of Harrison of the full amount of the purchase price under the Harrison PSA, the Title Agent shall release the Closing Documents from escrow to the Town of Harrison, which shall be entitled to record same and otherwise consummate the sale transaction subject to the Harrison PSA; (iii) the FER Debtors shall execute and deliver to the Title Agent such other documents, if any, necessary to close the Harrison PSA transaction with the Town of Harrison; and (iv) the Harrison PSA transaction shall close on July 1, 2026, or such later date as is agreeable to the Town of Harrison.

9.     If the FER Loan is fully funded and closes prior to the July 1, 12:00 p.m. deadline for providing Notice to the HRA set forth in paragraph 8 (ii) above, the <u>FER  Debtors' Termination Right shall be further extended through July 1, 2026 and the FER Loan shall close in accordance with paragraph 6 herein.</u>

10.     If the fully funded FER Loan and Guyon Loan do <u>not</u> close on or before the Everest Capital Loan Closing Deadline, all rights, claims and remedies of the Debtors/Borrowers

Page - 7
Debtor:    Supor Properties Enterprises, LLC, *et al*
Case No.:  24-13427 (SLM)
Caption:   *Order (i) Modifying June 12, 2026, Order [ECF No. 532] Extending Closing Deadline and (ii) Compelling Everest Blue Capital LLC to Fund and Close Proposed Refinancing Transactions Pursuant to Terms of May 13, 2026 Loan Commitments and June 11, 2026 Loan Agreements*

shall be and hereby are reserved and the evidence, testimony and record of the June 22 and June 26, 2026 hearings shall be admissible in any action(s) initiated by the Debtors/Borrowers against Everest Capital.

11.   Paragraph 13 of ECF 509 is hereby incorporated by reference as though fully set forth herein.

12.   If Town of Harrison is deemed the successful purchaser, paragraph 11 of ECF 509 is hereby incorporated by reference as though fully set forth herein.

**Error! No document variable supplied.**