UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                    Case No.:  24-13427 (SLM)
Supor Properties Enterprises, LLC, *et al*.               Chapter: 11

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Supor Properties Enterprises, LLC, the Debtor in this case, proposes a compromise, or to settle a claim and/or action as described below.  If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| |
|---|
| Address of the Clerk of the Court:  United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on July 28, 2026 at 11:00 a.m. at the United States Bankruptcy Court, courtroom no. 3A, United States Bankruptcy Court. If no objection is filed the clerk will enter a Certification of No Objection and the settlement may be completed as proposed.

| |
|---|
| Nature of the Action:  Supor Properties Enterprises, LLC (the "Debtor") initiated Adv. Pro. No. 24-01634 (SLM) (the "Adversary Proceeding") against Joseph Comprelli and M&J Comprelli, LLC (collectively, the "Defendants") for an alleged breach by Defendants of the terms of a Parking Facility Management Agreement dated October 1, 2025, and the alleged breach of a verbal agreement related to parking events taking place at Red Bull Arena.  Debtor alleged damages of at least $1.7 million.  Defendants dispute Debtor's allegations and deny liability to Debtor. |

| |
|---|
| Pertinent Terms of Settlement:  Defendants propose to pay $180,000 to Debtor in full and final settlement of the Adversary Proceeding. |

Objections must be served on, and requests for additional information directed to:
Name:              Michael E. Holt, Forman Holt
Address:           365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No. :    201-845-1000
Email:             mholt@formanlaw.com

{F0200363 - 1}