UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DeCotiis Fitzpatrick Cole & Giblin, LLP
61 S Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 928-1100
Paul Kaufman, Esq. (003011974)
Sean Fogarty, Esq. (370472021)
*Counsel for Everest Blue Capital LLC*

In re:

Supor Properties Enterprises LLC, *et al.*,

Debtors.

Case No. 24-13427 (SLM)
(Jointly Administered)

Judge: Hon. Stacey L. Meisel
Chapter 11

Hearing Dates: June 18, 22 and 26, 2026

### NOTICE OF MOTION OF DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP FOR LEAVE TO WITHDRAW AS LITIGATION COUNSEL NUNC PRO TUNC TO JUNE 26, 2026

**TO: ALL PARTIES OF INTEREST**

**PLEASE TAKE NOTICE** that on the 1st day of July, 2026, or as soon thereafter as counsel may be heard, DeCotiis, FitzPatrick, Cole & Giblin LLP (the "Firm"), by and through its undersigned attorneys, shall move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, for entry of an Order, pursuant to D.N.J. LBR 9010-2(b) and RPC 1.16, permitting the Firm to withdraw as litigation counsel for Everest Blue Capital LLC ("Everest"), nunc pro tunc to June 26, 2026.

The Firm respectfully requests that the requested relief be effective nunc pro tunc to June 26, 2026, the date on which the communication breakdown giving rise to this Motion became apparent during the evidentiary proceedings before this Court.

**PLEASE TAKE FURTHER NOTICE** that the Firm seeks leave to withdraw solely from its representation of Everest in the contested litigation before this Court. The Firm does not seek, through this application, to terminate its separate transactional representation of Everest in connection with the underlying commercial loan transactions.

**PLEASE TAKE FURTHER NOTICE** that the Firm shall rely upon the accompanying Certification of Paul C. Kaufman, Esq. and Sean Fogarty, Esq., the Proposed Form of Order submitted herewith, the pleadings and proceedings previously conducted before this Court, and such other matters as may properly come before the Court.

#10452995

**PLEASE TAKE FURTHER NOTICE** that any party objecting to the relief requested herein shall file and serve opposition in accordance with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of New Jersey, and any applicable scheduling Order entered by this Court.

The Firm respectfully requests that this Motion be considered on shortened notice in light of the ongoing litigation proceedings before this Court and the need to promptly resolve counsel's continued participation in those proceedings.

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

By:     _/s/ Paul Kaufman, Esq._
Paul Kaufman

_/s/ Sean W. Fogarty, Esq._
Sean W. Fogarty

Dated: July 1, 2026

2

#10452995