UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
DeCotiis Fitzpatrick Cole & Giblin, LLP
61 S Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 928-1100
Paul Kaufman, Esq. (003011974)
Sean Fogarty, Esq. (370472021)
*Counsel for Everest Blue Capital LLC*

In re:

Supor Properties Enterprises LLC, *et al.*,

Debtors.

Case No. 24-13427 (SLM)
(Jointly Administered)

Judge: Hon. Stacey L. Meisel
Chapter 11

Hearing Dates: June 18, 22 and 26, 2026

### ORDER GRANTING MOTION OF DECOTIIS, FITZPATRICK, COLE & GIBLIN LLP TO WITHDRAW AS LITIGATION COUNSEL NUNC PRO TUNC TO JUNE 26, 2026

**THIS MATTER** having been opened before the Court upon the Motion of DeCotiis, FitzPatrick, Cole & Giblin LLP (the "Firm"), pursuant to D.N.J. LBR 9010-2(b), for leave to withdraw as litigation counsel for Everest Blue Capital LLC ("Everest"), nunc pro tunc to June 26, 2026; and the Court having considered the Certification of Paul Kaufman, Esq. and Sean Fogarty, Esq.; and any opposition thereto; and for good cause shown**;**

**IT IS** on this _____ day of July, 2026, **ORDERED** that the Motion is **GRANTED**; and DeCotiis, FitzPatrick, Cole & Giblin LLP is granted leave to withdraw as litigation counsel for Everest Blue Capital LLC, nunc pro tunc to June 26, 2026; and it is further

**ORDERED** that DeCotiis, FitzPatrick, Cole & Giblin LLP is hereby relieved as litigation counsel for Everest Blue Capital LLC in this matter, nunc pro tunc to June 26, 2026; and it is further

**ORDERED** that this Order is limited solely to the Firm's appearance as litigation counsel in these contested proceedings and does not affect the Firm's separate transactional representation of Everest Blue Capital LLC.; and it is further

**ORDERED** that the Firm shall promptly serve a copy of this Order upon Everest Blue Capital LLC and all parties entitled to notice and shall file proof of such service.

**SO ORDERED**

_____
HON. STACEY L. MEISEL
UNITED STATES BANKRUPTCY JUDGE