UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:  24-13427 (SLM)
Supor Properties Enterprises, LLC, *et al*.         Chapter: 11

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Supor Properties Enterprises, LLC, the Debtor in this case, proposes a compromise, or to settle a claim and/or action as described below.  If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk of the Court:  United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on July 28, 2026 at 11:00 a.m. at the United States Bankruptcy Court, courtroom no. 3A, United States Bankruptcy Court. If no objection is filed the clerk will enter a Certification of No Objection and the settlement may be completed as proposed.

Nature of the Action:  Supor Properties Enterprises, LLC (the "Debtor") initiated Adv. Pro. No. 24-01634 (SLM) (the "Adversary Proceeding") against Joseph Comprelli and M&J Comprelli, LLC (collectively, the "Defendants") for an alleged breach by Defendants of the terms of a Parking Facility Management Agreement dated October 1, 2025, and the alleged breach of a verbal agreement related to parking events taking place at Red Bull Arena.  Debtor alleged damages of at least $1.7 million.  Defendants dispute Debtor's allegations and deny liability to Debtor.

Pertinent Terms of Settlement:  Defendants propose to pay $180,000 to Debtor in full and final settlement of the Adversary Proceeding.

Objections must be served on, and requests for additional information directed to:
Name:              Michael E. Holt, Forman Holt
Address:           365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No. :    201-845-1000
Email:             mholt@formanlaw.com

{F0200363 - 1}

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 24-13427-SLM

Supor Properties Enterprises LLC                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Jun 30, 2026 | Form ID: pdf905 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Supor Properties Enterprises LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| br | + | CBRE, Inc., 250 Pehle Avenue, Suite 600, Saddle Brook, NJ 07663-5837 |
| md | + | Jay L. Lubetkin (Mediator), Rabinowitz Lubetkin and Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livngston, NJ 07039-1711 |
| cr | + | Joseph Bezzone, 116 Park Avenue, Shrewsbury, NJ 07702-4412 |
| sp | + | K&L Gates LLP, One Newark Center, 1085 Raymond Boulevard Tenth Floor, Newark, NJ 07102-5218 |
| cr | + | Machinery Values, Inc., c/o Anthony J. D'Artiglio, Esq., Ansell Grimm & Aaron, P.C., 365 Rifle Camp Road, Woodland Park, NJ 07424-2775 |
| intp | + | Redevelopment Capital Holdings, LLC, Giordano Halleran & Ciesla, P.C., 125 Half Mile Road, Suite 300, Red Bank, NJ 07701-6777 |
| 520213874 | + | 1000 Frank E. Rodgers 1 LLC, 520 Madison Avenue, Suite 3501, New York, NY 10022-4434 |
| 520241557 | + | American Dream Resorts Ltd., 123 N Sea Road #516, Southampton, NY 11968-2003 |
| 520296140 | | Dan Nuse, Inc., 40 Longpoint Drive, Brick, NJ 08723-7541 |
| 520241558 | + | Frank Mustilli, c/o Keith McDonald, Esq., Pashman Stein Walder Heyden, 21 Main Street, #200, Hackensack, NJ 07601-7054 |
| 520241559 | + | Glenn Thomas, c/o Keith McDonald, Esq., Pashman Stein Walder Heyden, 21 Main Street, #200, Hackensack, NJ 07601-7054 |
| 520241584 | + | Harrison Redevelopment Agency, Attn: Paul Zarbetski, Esq., 318 Harrison Ave., Harrison, NJ 07029-1752 |
| 520213875 | + | Harrison Redevelopment Agency, c/o James Bruno, Esq., Castano Quigley Cherami LLP, 7 Giralda Farms, Suite 170, Madison, NJ 07940-1051 |
| 520296383 | + | Ideanomics, Inc., c/o Lowenstein Sandler LLP, Attn: Eric Chafetz/Erica Mannix, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| 520241560 | + | J Supor Realty LLC, 433 Begen Avenue, Kearny, NJ 07032-3938 |
| 520241562 | + | JS Leasing LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520213877 | + | Jerold C. Feuerstein, Esq., Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, NY 10017-6555 |
| 520294626 | | Joseph Bezzone, Jr. and J. Bezzone Inc., Andrew E. Anselmi, 56 HQ Plaza, West Tower, Fifth Floor, Morristown, NJ 07960 |
| 520440539 | + | Joseph Comprelli, c/o SWHS&C,LLP, 1 Harmon Meadow Blvd Ste 201,, Secaucus, NJ 07094-3648 |
| 520241561 | + | Joseph Mustilli, c/o Keith McDonald, Esq., Pashman Stein Walder Heyden, 21 Main Street #200, Hackensack, NJ 07601-7054 |
| 520261756 | + | K&L Gates LLP, Attn: Daniel M. Eliades, Esq., 1085 Raymond Boulevard, 10th Floor, Newark, NJ 07102-5218 |
| 520648351 | | Kirwan Design LLC, 1 Irving Place, Apt. P7C, New York, NY 10003-9733 |
| 520213878 | + | M & J Comprelli, LLC, 63 Tiffany Drive, East Hanover, NJ 07936-2518 |
| 520241563 | + | M & J Comprilli, LLC, 63 Tiffany Drive, East Hanover, NJ 07936-2518 |
| 520241564 | + | Marital Trust Under, Joseph Supor Jr., 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520296143 | + | Michael Sonta, 125 Riverside Drive N, Brick, NJ 08724-1805 |
| 520295785 | + | Michelle F. Spencer, Esq., Castano Quigley Cherami LLC, 7 Giralda Farms, Ste 170, Madison, NJ 07940-1051 |
| 520296145 | + | Montana Construction Inc., 80 Contant Ave., Lodi, NJ 07644-1704 |
| 520213879 | | NJ Dept of Environmental Protection, Mail Code: 401--6L, PO Box 0420, Trenton, NJ 08625-0420 |
| 520296142 | + | Newlin Construction, 56 Bridge Ave., Bayhead, NJ 08742-4747 |
| 520241566 | + | RDA 2&3: Supor Properties Enterprises LL, 123 N. Sea Road, #516, Southampton, NY 11968-2003 |
| 520241567 | + | RDA 4: J Supor 136:1 Realty LLC, 123 N. Sea Road, #516, Southampton, NY 11968-2003 |
| 520241568 | + | RDA 5: Supor 172 Realty LLC, 123 N. Sea Road, #516, Southampton, NY 11968-2003 |
| 520241569 | + | RDA 6: Supor Properties, 600 Urban Renewal, 123 N. Sea Road, #516, Southampton, NY 11968-2003 |
| 520241570 | + | RDA1: Supor Properties Enterprises LLC, 123 N. Sea Road, #516, Southampton, NY 11968-2003 |
| 520213881 | + | Railworks Track Services, 600 Meadowlands Parkway. Suite 265, Secaucus, NJ 07094-1638 |
| 520241571 | + | SS Realty Properties LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520241572 | + | Supor Crane & Rigging LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520241573 | + | Supor Development Group LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520241574 | + | Supor Family LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520241575 | + | Supor MT, LLC, 123 N. Sea rOAD, #516, Southampton, NY 11968-2003 |

| | | |
|---|---|---|
| 520241576 | + | Supor Properties 400 LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520241577 | + | Supor Properties Bergen Avenue LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520227239 | + | Supor Properties Enterprises LLC, David S. Catuogno, Esq. et al, K&L GATES LLP, One Newark Center, Tenth Floor, 1085 Raymond Boulevard Newark, New Jersey 07102-5218 |
| 520220345 | + | Supor Properties Enterprises LLC, Att: Charles M. Forman, Esq., Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| 520241580 | + | Supor Studio CIty 4 LLC, 123 N. Sea Road, #156, Southampton, NY 11968-2003 |
| 520241578 | + | Supor Studio City 2 LLC, 123 N. Sea Road, #156, Southampton, NY 11968-2003 |
| 520241579 | + | Supor Studio City 3 LLC, 123 N. Sea Road, #156, Southampton, NY 11968-2003 |
| 520241581 | + | Supor Trucking LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520213882 | + | Town of Harrison, 318 Harrison Avenue, Harrison, NJ 07029-1796 |
| 520294697 | + | Town of Harrison, c/o Paul J. Zarbetski, 318 Harrison Avenue, Harrison, NJ 07029-1796 |
| 520233300 | + | Town of Harrison, Sari B. Placona, Esq., McManimon Scotland & Baumann, LLC, 75 Livingston Avenue, Ste. 201, Roseland, NJ 07068-3701 |
| 520241582 | + | Triple S Security LLC, 433 Bergen Avenue, Kearny, NJ 07032-3938 |
| 520296144 | + | WFD Inc., PO Box 291, Mantoloking, NJ 08738-0291 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jun 30 2026 21:16:31 | Formanlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | ^ | MEBN | Jun 30 2026 21:16:32 | Formanlaw LLC d/b/a Forman Holt, 365 West Passaicc Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2026 21:20:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 30 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 30 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: sraquetcpa@outlook.com | Jun 30 2026 21:20:00 | Sean Raquet CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| intp | + | Email/Text: panynjbankruptcynotices@panynj.gov | Jun 30 2026 21:20:00 | The Port Authority of New York and New Jersey, 4 World Trade Center, 150 Greenwich St., New York, NY 10007-2364 |
| 520213880 | ^ | MEBN | Jun 30 2026 21:15:37 | PSE&G, 80 Park Place, Newark, NJ 07102-4194 |
| 520295786 | + | Email/Text: sfirozvi@kearnynj.org | Jun 30 2026 21:20:00 | Town of Kearny, Patricia Carpenter, Town Clerk, 402 Kearny Avenue, Kearny, NJ 07032-2604 |
| 520213883 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 30 2026 21:19:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Joseph Comprelli, c/o SWHS&C LLP, 1 Harmon Meadow Blvd Suite 201, Secaucus, NJ 07094-3648 |
| 520241565 | *+ | Railworks Track Services, 600 Meadowlands Parkway, Suite 265, Secaucus, NJ 07094-1638 |
| 520227240 | *+ | Supor Properties Enterprises LLC, David S. Catuogno, Esq. et al., K&L GATES LLP, One Newark Center, Tenth Floor, 1085 Raymond Boulevard, Newark, New Jersey 07102-5218 |
| 520241583 | *+ | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 520213876 | ##+ | Harrison Redevelopment Agency, c/o James Bruno, Esq., Castano Quigley LLC, 155 Passaic Ave, Suite 340, Fairfield, NJ 07004-3562 |

District/off: 0312-2                         User: admin                                  Page 3 of 7

Date Rcvd: Jun 30, 2026                      Form ID: pdf905                              Total Noticed: 65

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Creditor Harrison Redevelopment Agency asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Harrison  Town of asodono@msbnj.com |
| Anthony J D'Artiglio | on behalf of Creditor Machinery Values  Inc. ADARTIGLIO@ANSELL.LAW, courtfilings@ansellgrimm.com |
| Brian P Graffeo | on behalf of Defendant East One Harrison Urban Renewal  LLC graffeo@wgslawyers.com, rutkowski@wgslawyers.com;selvers@wgslawyers.com |
| Brian P Graffeo | on behalf of Defendant Antong He graffeo@wgslawyers.com  rutkowski@wgslawyers.com;selvers@wgslawyers.com |
| Brian P Graffeo | on behalf of Defendant H Capital Holdings  LLC graffeo@wgslawyers.com, rutkowski@wgslawyers.com;selvers@wgslawyers.com |
| Brian P Graffeo | on behalf of Defendant Accordia Harrison Urban Renewal  LLC graffeo@wgslawyers.com, rutkowski@wgslawyers.com;selvers@wgslawyers.com |
| Brian P Graffeo | on behalf of Defendant H Holdco  LLC graffeo@wgslawyers.com, rutkowski@wgslawyers.com;selvers@wgslawyers.com |
| Caitlin Conklin | on behalf of Plaintiff Marital Trust under the Last Will and Testament of Joseph Supor  Jr. caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor JS Realty Properties  LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Plaintiff J Supor 136-1 Realty LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Plaintiff Supor Properties-400 Limited Liability Company caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Plaintiff Supor-172 Realty LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Supor Properties 600 Urban Renewal  LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Supor Properties Harrison Avenue LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Supor Properties Enterprises LLC caitlin.conklin@klgates.com |
| Caitlin Conklin | on behalf of Debtor Supor Properties Devon LLC caitlin.conklin@klgates.com |

District/off: 0312-2                          User: admin                              Page 4 of 7

Date Rcvd: Jun 30, 2026                    Form ID: pdf905                        Total Noticed: 65

Caitlin Conklin

on behalf of Debtor Supor-172 Realty LLC caitlin.conklin@klgates.com

Caitlin Conklin

on behalf of Debtor Supor Properties Breiderhoft LLC caitlin.conklin@klgates.com

Caitlin Conklin

on behalf of Plaintiff Supor Properties 600 Urban Renewal  LLC caitlin.conklin@klgates.com

Caitlin Conklin

on behalf of Plaintiff Supor Properties Enterprises LLC caitlin.conklin@klgates.com

Caitlin Conklin

on behalf of Debtor J Supor 136-1 Realty LLC caitlin.conklin@klgates.com

Caitlin Conklin

on behalf of Plaintiff Supor Family  L.L.C. caitlin.conklin@klgates.com

Caitlin Conklin

on behalf of Debtor Shore Properties Associates North LLC caitlin.conklin@klgates.com

Caitlin Conklin

on behalf of Plaintiff JS Realty Properties  LLC caitlin.conklin@klgates.com

Charles M. Forman

on behalf of Debtor Shore Properties Associates North LLC cforman@formanlaw.com

Charles M. Forman

on behalf of Debtor Supor Properties Breiderhoft LLC cforman@formanlaw.com

Charles M. Forman

on behalf of Debtor JS Realty Properties  LLC cforman@formanlaw.com

Charles M. Forman

on behalf of Debtor Supor Properties Enterprises LLC cforman@formanlaw.com

Charles M. Forman

on behalf of Debtor Supor-172 Realty LLC cforman@formanlaw.com

Charles M. Forman

on behalf of Debtor Supor Properties Harrison Avenue LLC cforman@formanlaw.com

Charles M. Forman

on behalf of Debtor Supor Properties 600 Urban Renewal  LLC cforman@formanlaw.com

Charles M. Forman

on behalf of Debtor J Supor 136-1 Realty LLC cforman@formanlaw.com

Charles M. Forman

on behalf of Debtor Supor Properties Devon LLC cforman@formanlaw.com

Daniel M. Eliades

on behalf of Plaintiff Supor Properties-400 Limited Liability Company daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Plaintiff Supor Properties Enterprises LLC daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Plaintiff JS Realty Properties  LLC daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Debtor Supor Properties Enterprises LLC daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Debtor JS Realty Properties  LLC daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Debtor Supor Properties Devon LLC daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Plaintiff Supor Properties 600 Urban Renewal  LLC daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Plaintiff J Supor 136-1 Realty LLC daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Debtor Supor-172 Realty LLC daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Debtor Supor Properties Harrison Avenue LLC daniel.eliades@klgates.com

Daniel M. Eliades

on behalf of Debtor Supor Properties 600 Urban Renewal  LLC daniel.eliades@klgates.com

District/off: 0312-2                          User: admin                                    Page 5 of 7
Date Rcvd: Jun 30, 2026                       Form ID: pdf905                          Total Noticed: 65

Daniel M. Eliades
                on behalf of Plaintiff Marital Trust under the Last Will and Testament of Joseph Supor  Jr. daniel.eliades@klgates.com

Daniel M. Eliades
                on behalf of Plaintiff Supor Family  L.L.C. daniel.eliades@klgates.com

Daniel M. Eliades
                on behalf of Debtor J Supor 136-1 Realty LLC daniel.eliades@klgates.com

Daniel M. Eliades
                on behalf of Debtor Supor Properties Breiderhoft LLC daniel.eliades@klgates.com

Daniel M. Eliades
                on behalf of Debtor Shore Properties Associates North LLC daniel.eliades@klgates.com

Daniel M. Eliades
                on behalf of Plaintiff Supor-172 Realty LLC daniel.eliades@klgates.com

Daniel N. Zinman
                on behalf of Creditor 1000 Frank E. Rogers 1 LLC and Frank E. Rodgers 2 LLC dzinman@kandfllp.com
                foreclosure@kandfllp.com;jgladstone@kandfllp.com

David L. Stevens
                on behalf of Defendant M & J Comprelli  LLC dstevens@scura.com,
                dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
                o@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

David L. Stevens
                on behalf of Creditor Joseph Comprelli dstevens@scura.com
                dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
                o@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

David L. Stevens
                on behalf of Defendant Joseph Comprelli dstevens@scura.com
                dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
                o@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

David S. Catuogno
                on behalf of Debtor Supor Properties Enterprises LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Plaintiff JS Realty Properties  LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Debtor Supor-172 Realty LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Debtor Supor Properties 600 Urban Renewal  LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Plaintiff Supor Properties 600 Urban Renewal  LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Plaintiff Supor Family  L.L.C. david.catuogno@klgates.com

David S. Catuogno
                on behalf of Debtor Supor Properties Breiderhoft LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Plaintiff Supor-172 Realty LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Plaintiff Supor Properties Enterprises LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Plaintiff J Supor 136-1 Realty LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Debtor Supor Properties Harrison Avenue LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Plaintiff Marital Trust under the Last Will and Testament of Joseph Supor  Jr. david.catuogno@klgates.com

David S. Catuogno
                on behalf of Debtor Supor Properties Devon LLC david.catuogno@klgates.com

David S. Catuogno
                on behalf of Plaintiff Supor Properties-400 Limited Liability Company david.catuogno@klgates.com

David S. Catuogno
                on behalf of Debtor J Supor 136-1 Realty LLC david.catuogno@klgates.com

David S. Catuogno

District/off: 0312-2                          User: admin                                    Page 6 of 7

Date Rcvd: Jun 30, 2026                    Form ID: pdf905                              Total Noticed: 65

|  |  |
|---|---|
|  | on behalf of Debtor Shore Properties Associates North LLC david.catuogno@klgates.com |
| David S. Catuogno | |
|  | on behalf of Debtor JS Realty Properties  LLC david.catuogno@klgates.com |
| Donald F. Campbell, Jr. | |
|  | on behalf of Interested Party Redevelopment Capital Holdings  LLC dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com |
| Eric S. Chafetz | |
|  | on behalf of Defendant Ideanomics Inc. echafetz@lowenstein.com  elawler@lowenstein.com |
| Jay L. Lubetkin | |
|  | on behalf of Mediator Jay L. Lubetkin (Mediator) jlubetkin@rltlawfirm.com  rgaydos@rltlawfirm.com |
| Jerold C. Feuerstein | |
|  | on behalf of Creditor 1000 Frank E. Rogers 1 LLC and Frank E. Rodgers 2 LLC jfeuerstein@kandfllp.com dzinman@kandfllp.com;jgladstone@kandfllp.com;litigation@kandfllp.com |
| Jesse Eisenberg | |
|  | on behalf of Defendant Supor Studio City 4 LLC jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Defendant Supor Studio City 2 LLC jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Defendant Supor Studio City 3 LLC jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Defendant RDA 5: Supor 172 Realty LLC jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Defendant RDA 2&3: Supor Properties Enterprises LLC jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Defendant American Dream Resorts  Ltd. jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Defendant RDA 6: Supor Properties 600 Urban Renewal  LLC jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Defendant RDA1: Supor Properties Enterprises LLC jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Defendant Supor MT  LLC jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Defendant RDA 4: J Supor 136-1Realty LLC jesse@jdelaw.nyc |
| Jesse Eisenberg | |
|  | on behalf of Spec. Counsel JDE Law Firm PLLC jesse@jdelaw.nyc |
| John M. August | |
|  | on behalf of Interested Party The Port Authority Trans-Hudson Corporation jaugust@saiber.com  rtucker@saiber.com |
| John M. August | |
|  | on behalf of Interested Party The Port Authority of New York and New Jersey jaugust@saiber.com  rtucker@saiber.com |
| John W. Weiss | |
|  | on behalf of Creditor Frank Mustilli jweiss@pashmanstein.com  gkarnick@pashmanstein.com |
| John W. Weiss | |
|  | on behalf of Creditor Joseph Mustilli jweiss@pashmanstein.com  gkarnick@pashmanstein.com |
| Marissa Nicole Kindberg | |
|  | on behalf of Creditor Joseph Bezzone mkindberg@acllp.com |
| Mark A Berman | |
|  | on behalf of Defendant SP Plus Corporation mberman@hdrbb.com |
| Mark A Berman | |
|  | on behalf of Defendant Metropolis Tennessee LLC mberman@hdrbb.com |
| Michael E. Holt | |
|  | on behalf of Debtor Shore Properties Associates North LLC mholt@formanlaw.com  kanema@formanlaw.com |
| Michael E. Holt | |
|  | on behalf of Plaintiff Supor Properties Enterprises LLC mholt@formanlaw.com  kanema@formanlaw.com |
| Michael E. Holt | |
|  | on behalf of Debtor J Supor 136-1 Realty LLC mholt@formanlaw.com  kanema@formanlaw.com |
| Michael E. Holt | |
|  | on behalf of Plaintiff J Supor 136-1 Realty LLC mholt@formanlaw.com  kanema@formanlaw.com |

District/off: 0312-2                                    User: admin                                      Page 7 of 7
Date Rcvd: Jun 30, 2026                            Form ID: pdf905                                  Total Noticed: 65

Michael E. Holt

on behalf of Plaintiff Supor-172 Realty LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor Properties 600 Urban Renewal  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor Properties Harrison Avenue LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor JS Realty Properties  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor-172 Realty LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor Properties Devon LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Plaintiff Supor Properties 600 Urban Renewal  LLC mholt@formanlaw.com, kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor Properties Enterprises LLC mholt@formanlaw.com  kanema@formanlaw.com

Michael E. Holt

on behalf of Debtor Supor Properties Breiderhoft LLC mholt@formanlaw.com  kanema@formanlaw.com

Reymond Yammine

on behalf of Plaintiff Supor Properties Enterprises LLC reymond.yammine@klgates.com

Ryan T. Jareck

on behalf of Creditor Advance at Harrison LLC rjareck@coleschotz.com  fpisano@coleschotz.com

Sari Blair Placona

on behalf of Creditor Harrison  Town of splacona@msbnj.com

Sari Blair Placona

on behalf of Creditor Harrison Redevelopment Agency splacona@msbnj.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Warren A. Usatine

on behalf of Creditor Advance at Harrison LLC wusatine@coleschotz.com  fpisano@coleschotz.com;ddelehanty@coleschotz.com

William L. Waldman

on behalf of Plaintiff Supor Properties Enterprises LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Plaintiff Supor-172 Realty LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Debtor Supor-172 Realty LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Debtor Supor Properties Enterprises LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Plaintiff J Supor 136-1 Realty LLC william.waldman@klgates.com  waldmanw@aol.com

William L. Waldman

on behalf of Counter-Defendant Supor Properties 600 Urban Renewal  LLC william.waldman@klgates.com, waldmanw@aol.com

William L. Waldman

on behalf of Plaintiff Supor Properties 600 Urban Renewal  LLC william.waldman@klgates.com, waldmanw@aol.com

William L. Waldman

on behalf of Debtor Supor Properties 600 Urban Renewal  LLC william.waldman@klgates.com, waldmanw@aol.com

TOTAL: 121